IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 1:20-cv-2564 |
| ) | |
| v. ) | **NOTICE OF LODGING** and |
| ) | |
| DAIMLER AG and ) | **REQUEST THAT THE COURT TAKE** |
| MERCEDES-BENZ USA, LLC, ) | **NO ACTION UNTIL A MOTION FOR** |
| ) | **ENTRY IS FILED** |
| Defendants. ) | |
| _____ ) | |

Plaintiff, the United States of America, respectfully lodges with the Court a proposed Consent Decree, attached hereto. The proposed Decree addresses the claims in the Complaint (ECF No.1) filed in this action today and claims alleged in a related civil action, also filed today in this District, captioned *People of the State of California v. Daimler AG & Mercedes-Benz USA, LLC*, No. 1:20-cv-2565 ("California-Daimler Case"). The United States expects the State of California, Daimler AG, and Mercedes-Benz USA, LLC to soon file a Joint Motion to Consolidate the California-Daimler Case with this case.

The proposed Consent Decree is contingent upon a public comment period, so the United States requests that the Court not sign the Consent Decree unless and until the United States files a Motion for Entry. Under Paragraph 108 of the proposed Consent Decree, and in accordance with the procedures of 28 C.F.R. § 50.7, the public will have 30 days in which to submit comments to the United States Department of Justice on the proposed Consent Decree. The 30-day period will begin on the date notice of the lodging of the proposed Consent Decree is published in the Federal Register. If, after reviewing the public comments, the Department of Justice concludes that the

proposed Consent Decree should be entered, the United States will inform the Court of any public comments received and any responses thereto, and will move for entry of the Consent Decree as a final order of the Court.

The United States therefore respectfully requests that this Court receive the proposed Decree for lodging only, and that it abstain from acting upon the Consent Decree until the period for public comment has expired and the United States has moved for entry of the proposed Consent Decree.

Respectfully submitted,

JEFFREY BOSSERT CLARK
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
950 Pennsylvania Ave., NW
Washington, DC 20530

/s/ *Stefan J. Bachman*
STEFAN J. BACHMAN
Trial Attorney
LORI JONAS (436916)
Assistant Section Chief
STEVEN O'ROURKE
Senior Attorney
JEROME W. MacLAUGHLIN (433946)
Senior Counsel
MICHAEL BUSCHBACHER (1048432)
Counsel to the Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
Environmental Enforcement Section
PO Box 7611, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-6536 (Bachman)
Facsimile: (202) 514-0097
Email: Stefan.Bachman@usdoj.gov

Of Counsel:

KELLIE ORTEGA
BRIANNA IDDINGS
Attorney-Advisors
US Environmental Protection Agency
Air Enforcement Division
1200 Pennsylvania Ave., NW
Washington, DC 20460

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of this document and all attachments has been served today by email, with consent, to defendants' counsel as follows:

Stacie B. Fletcher
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
sfletcher@gibsondunn.com

                                        /s/ *Stefan J. Bachman*
                                        STEFAN J. BACHMAN
                                        Trial Attorney