EMISSION MODIFICATION PROGRAM

A.    GENERAL

1.    Requirement to Establish a Vehicle Emission Modification Program. Defendants shall establish a vehicle Emission Modification program, with a toll-free call center and online support, whereby each Eligible Owner or Eligible Lessee may learn about the Approved Emission Modification for his or her Eligible Vehicle and schedule an appointment at a Dealer to have that Eligible Vehicle modified (the "Emission Modification Program") no later than 15 Days after the approval of the necessary Submissions for each Emission Modification Category or the Effective Date of this Consent Decree, whichever is later. Online support for the Emission Modification Program shall be maintained by Defendants in accordance with Paragraph 16 of this Appendix A. Call center support for the Emission Modification Program shall be maintained by Defendants through the date on which the Emission Modification Program Rates ("EMP Rates") specified in Paragraph 4 of this Appendix A are achieved or two years from approval of the last Approved Emission Modification, whichever is later.

2.    Emission Modification Configuration. The Approved Emission Modification for each Emission Modification Category shall be established pursuant to the process outlined in Appendix B.

3.    Modification of Eligible Vehicles with Approved Emission Modification. Defendants shall ensure that each Eligible Vehicle that participates in the Emission Modification Program receives from a Dealer the Approved Emission Modification for that Eligible Vehicle in accordance with the schedules and procedures set forth in this Appendix A.

    a.    Upon the Effective Date, Defendants are authorized to offer the Approved Emission Modification to Eligible Owners and Eligible Lessees and to modify the Eligible Vehicles in Emission Modification Categories 1, 2, 9, 10, and 11 with the Approved Emission Modification.

    b.    For all other Emission Modification Categories, Defendants are authorized to offer the Approved Emission Modification to Eligible Owners and Eligible Lessees and to modify the Eligible Vehicles with the Approved Emission Modification upon approval in accordance with Appendix B, Paragraph 5.

4.    Emission Modification Program Rate. Defendants shall install the Approved Emission Modification on 85% of the Sprinters nationwide (the "National Sprinter EMP Rate") and 85% of the Sprinters in California (the "California Sprinter EMP Rate"), and 85% of the Passenger Vehicles nationwide (the "National Passenger Vehicle EMP Rate") and 85% of the Passenger Vehicles in California (the "California Passenger Vehicle EMP Rate"), that are registered with a state Department of Motor Vehicles or equivalent agency or held by a Dealer or unaffiliated dealer and located in the United States or its territories as of March 13, 2020. For purposes of this Paragraph, as of March 13, 2020, the number of

Sprinters nationwide is 147,838, the number of Sprinters in California is 24,036, the number of Passenger Vehicles nationwide is 62,759, and the number of Passenger Vehicles in California is 12,910. Defendants shall meet the National Sprinter EMP Rate and the California Sprinter EMP Rate by the later of: three years from the Effective Date, or three years from approval of Emission Modification Category 3 in accordance with Appendix B, Paragraph 5. Defendants shall meet the National Passenger EMP Rate and the California Passenger EMP Rate by the later of: two years from the Effective Date, or two years from approval of the last-submitted Emission Modification Category in accordance with Appendix B, Paragraph 5. Defendants shall receive credit toward the relevant 85% for every Approved Emission Modification of an Eligible Vehicle that Defendants execute by the relevant date, for every Eligible Vehicle that is permanently removed from commerce by the relevant date, and for every Subject Vehicle that Defendants purchase by the relevant date (including vehicles purchased prior to the Date of Lodging), provided that no Eligible Vehicle may be counted more than once, and Subject Vehicles that have not entered commerce prior to the Effective Date of the Consent Decree may not be counted.

5.    Prohibition on Sales of Vehicles that Have Not Entered into Commerce. To the extent that any Subject Vehicle has not been introduced into commerce by the Effective Date of the Consent Decree, and remains the property of one or more Defendants, Defendants shall not cause such vehicles to be sold, leased, imported, or otherwise introduced into commerce, unless and until Defendants have installed the appropriate Approved Emission Modification on such vehicle. No Subject Vehicle that receives the Approved Emission Modification under this Paragraph shall count toward meeting the National Emission Modification Program Rate or the California Emission Modification Program Rate. No MY16 Six-Cylinder GLE 350d shall be reintroduced into commerce.

6.    Resale and Export of Subject Vehicles. After the date of approval of the applicable Emission Modification in accordance with Appendix B, Attachment I, or the Date of Lodging of this Consent Decree, whichever is later, Defendants shall not sell, lease, introduce into commerce, or cause or arrange for any Dealer or other entity to do the foregoing, and shall instruct Dealers not to sell or cause to be sold, or lease or cause to be leased, or introduce into commerce, any Subject Vehicle, unless it has received the Approved Emission Modification. After the Date of Lodging of this Consent Decree, Defendants shall not export, and shall instruct its Dealers not to export, from the United States to another country, any Subject Vehicle, unless it has received the Approved Emission Modification. Defendants shall not sell or cause to be sold, or lease or cause to be leased, or export or cause to be exported from the United States to another country any MY16 Six Cylinder GLE 350d. Notwithstanding this Paragraph, Defendants may export a reasonable number of Test Vehicles to Germany for purpose of testing in accordance with the procedures outlined in Appendix B.

7.    Emission Modification Available at No Cost. Defendants shall make the Approved Emission Modification available to all Eligible Owners and Eligible Lessees, at no cost, for 15 years after the Model Year of the Subject Vehicle or 8 years after the approval of the applicable Approved Emission Modification in accordance with Appendix B,

Paragraph 5, whichever is later. As long as the parts necessary for the Approved Emission Modification are available after these time periods, Defendants shall continue to make the Approved Emission Modification available to Eligible Owners and Eligible Lessees. Defendants shall not require any consumer payment or release of any Eligible Owner's or Lessee's right in exchange for performing the Approved Emission Modification.

    a.    Although Defendants are not required to provide any consumer restitution or damages payment in connection with the Approved Emission Modification, Defendants shall offer an Approved Emission Modification to any Eligible Owner or Eligible Lessee regardless of whether the consumer is eligible for or receives such consumer restitution or damages.

    b.    The requirements contained in this Paragraph shall continue in full force and effect after Termination of the Consent Decree. Defendants may move for Termination of the Consent Decree pursuant to the requirements of Section XX (Termination) even though the obligations of this Paragraph shall remain in place.

8.    <u>Grounds for Refusal to Apply the Modification to an Eligible Vehicle</u>. If an Eligible Vehicle has been altered with the use of any after-market emissions-related components, parts, and/or software or the removal of any original emissions-related components, parts, and/or software, and such alteration(s) are likely to substantially affect the operation of the vehicle with the Approved Emission Modification or substantially impede installation of the Approved Emission Modification, Defendants shall not be required to install the Approved Emission Modification on the Eligible Vehicle until the owner of such vehicle, at his or her expense, has reversed the alteration(s) such that the Approved Emission Modification may be installed and not be substantially affected.

9.    <u>Scheduling</u>. Defendants shall use commercially reasonable efforts to install the Approved Emission Modification in a given Eligible Vehicle within 15 Days of the date on which an Eligible Owner or Eligible Lessee requests and schedules the modification. During the period specified in Paragraph 7 herein, Defendants shall take reasonable steps to ensure that no Eligible Owner or Eligible Lessee is required to wait more than 75 Days for a scheduled appointment to receive the Approved Emission Modification after requesting an appointment.

10.    <u>Loaner Vehicles</u>. Where they are available, Defendants shall request that Dealers offer "loaner" vehicles to each Eligible Owner and Eligible Lessee at no cost where the implementation of the Approved Emission Modification will take three hours or longer to complete. Where such "loaner" vehicles are available at a Dealer, Defendants shall request that the "loaner" vehicle shall be offered to each Eligible Owner or Eligible Lessee for the entire period of time it takes for the Approved Emission Modification to be completed.

11.    <u>No Release of Private Party Claims Required</u>. Defendants may not require any release of liability for any legal claims or arbitration of any claim that an Eligible Owner or Eligible

Lessee may have against Defendants or any other person in exchange for receiving the Approved Emission Modification or Extended Modification Warranty.

12. <u>No Prohibition on Other Incentives</u>. Nothing in this Decree is intended to prohibit Defendants from offering an Eligible Owner or Eligible Lessee any further incentives or trade-in options in addition to those required in this Appendix A; however, Defendants may not offer Eligible Owners or Eligible Lessees any incentive not to participate in the Emission Modification Program, including by causing the Eligible Vehicle not to receive the Approved Emission Modification.

13. <u>Labeling Requirements</u>. Defendants shall ensure that Eligible Vehicles that receive the Approved Emission Modification shall be permanently affixed with labels that: (1) do not cover any previously affixed labels; (2) clearly specify the applicable emissions standard of the modified Eligible Vehicle and otherwise conform to the requirements of the label required under 40 C.F.R. Part 85, Subpart S; (3) inform potential vehicle purchasers and potential lessees that the vehicle has received the Approved Emission Modification; (4) identify any emission control components installed or modified in accordance with the Approved Emission Modification; (5) identify the Emission Modification Program number; (6) list a code designating the Dealer at which the Approved Emission Modification was performed; and (7) follow the format of the approved label for Emission Modification Category 1, attached to this Consent Decree as Attachment A of this Appendix A, and contain similar material information.

14. <u>Approved Emission Modification and Vehicle Modifications</u>.

   a. <u>Modifications Related to the Approved Emission Modification</u>.

      i. After the Effective Date, if, due to an unforeseen technical issue, Defendants determine that either they cannot install the Approved Emission Modification on certain Eligible Vehicles for reasons other than those described in Paragraph 8 of this Appendix A (Grounds for Refusal to Apply Modifications to an Eligible Vehicle), or the Approved Emission Modification must be modified in any way, Defendants shall, within 60 Days of learning of such event, provide to EPA/CARB for review and approval a proposal (including a schedule) for either modifying the Eligible Vehicles to accept the Approved Emission Modification or modifying the Approved Emission Modification to be able to install it on the Eligible Vehicles. The proposal shall (1) describe the conditions or circumstances that prevent installation of the Approved Emission Modification on the Eligible Vehicles or that require modification of the Approved Emission Modification, (2) estimate the number of Eligible Vehicles likely affected by such conditions or circumstances, (3) describe any and all modifications necessary and the estimated timeline for such modifications, (4) describe all changes, if any, to the information described in the Updated AECD Document and/or OBD Summary Table, and (5) provide the certification specified in Paragraph 48 of the Consent

Decree. For OBD-related modifications, Daimler shall also provide the information required in 13 C.C.R. § 1968.5(d).

ii. At the request of EPA/CARB, Defendants shall collect and provide test data or other information that EPA/CARB reasonably require to evaluate the proposal.

iii. In reviewing the proposal, EPA/CARB will consider whether the proposed modification states a proper determination that Defendants cannot install the Approved Emission Modification on certain Eligible Vehicles for reasons other than those described in Paragraph 8 of this Appendix A, or that the Approved Emission Modification must be modified, and complies with the requirements of Appendix B, Paragraph 5.a.i(1)–(4). EPA and CARB will follow their respective regulatory procedures, and may use any screening tests that they deem appropriate to determine whether the proposal complies with the requirements of Appendix B, Paragraph 5.a.i(1)–(4).

iv. Upon receipt of written approval of the proposal by EPA/CARB, Defendants may implement the proposal as specified in the approval. Defendants may make the modifications addressed in this Paragraph concurrently with implementing the Approved Emission Modification.

v. If EPA/CARB determine the proposal fails to satisfy the criteria in Appendix B, Paragraph 5.a.i(1)–(4), then they will notify Defendants in writing, identifying the basis/bases for the disapproval. If EPA/CARB fail to make a determination within 60 Days of receipt of the proposal, Defendants may, at their discretion, consider the plan to be denied for the purpose of invoking Dispute Resolution pursuant to Section XII (Dispute Resolution) of this Consent Decree. EPA and CARB reserve the right to reject Defendants' determination that Defendants cannot install the Approved Emission Modification on certain Eligible Vehicles for reasons other than those described in Paragraph 8 of this Appendix A (Grounds for Refusal to Apply Modifications to an Eligible Vehicle), or that the Approved Emission Modification must be modified.

b. <u>Modifications to the EGR System, SCR System, DOC System, DPF System, Thermal Management Strategies, or the OBD System that are Unrelated to the AEM</u>.

i. After the Effective Date, Defendants are enjoined from undertaking a recall pursuant to 40 C.F.R. Part 85, Subpart S, 40 C.F.R. § 85.1904, and/or 13 C.C.R. §§ 2111–2135; a field fix pursuant to 40 C.F.R. § 86.1842-01(b) and/or 13 C.C.R. §§ 1961(d) & 1961.2(d) and/or CARB Manufacturer's Advisory Correspondence #79-002, "Field Fixes Involving Emission-Related Components," (Jan. 31, 1979); or any other

systematic campaign to modify the EGR System, SCR System, Thermal Management Strategies, DOC System, DPF System, or the OBD System of the Subject Vehicles, other than in accordance with the procedures set forth in Paragraph 14, and for the installation of the Approved Emission Modification. Prior to undertaking any such modification unrelated to the Approved Emission Modification for the aforementioned systems, Defendants shall, as applicable, (1) comply with 40 C.F.R. Part 85, Subpart S, 40 C.F.R. § 85.1904, and/or CARB regulations, including 13 C.C.R. §§ 2111–2135, and, if applicable under the regulations, submit a recall report, or (2) comply with 40 C.F.R. § 86.1842-01(b) and/or 13 C.C.R. §§ 1961(d) & 1961.2(d) and/or CARB Manufacturer's Advisory Correspondence #79-002, "Field Fixes Involving Emission-Related Components," (Jan. 31, 1979); or (3) for OBD, comply with 13 C.C.R. § 1968.5(d). With each report, Defendants shall submit the certification specified in Paragraph 48 of the Consent Decree, and an explanation as to why the modification is unrelated to the AEM and does not require a proposal pursuant to Paragraph 14.a ("Modifications Related to the Approved Emission Modification").

ii.   At the request of EPA/CARB, Defendants shall provide test data or other information that EPA/CARB reasonably require to evaluate the modification described in the recall or field fix report.

iii.   In reviewing the recall or field fix report, except where modified by this Paragraph 14.b, EPA/CARB shall follow their respective regulatory procedures, and may use any screening tests that they deem appropriate in determining whether to implement a recall or take other appropriate actions with respect to all Subject Vehicles identified in the recall report. Any such administrative action shall not be subject to review under Section XII (Dispute Resolution) of the Consent Decree.

iv.   Unless EPA/CARB disapprove the proposal, Defendants may begin implementation as early as the 31st Day after submission of the recall or field fix report. Defendants may make the modifications addressed in this Paragraph concurrently with implementing the Approved Emission Modification.

v.   EPA and CARB may take any action authorized under their respective regulations or under the Clean Air Act and comparable California law in the event that EPA/CARB should subsequently determine that the modification described in the recall or field fix report is non-compliant with regulatory requirements, including, but not limited to, the right to cause the nonconformity to be remedied at no expense to the owner, and other relief.

c. <u>Modifications Reported to NHTSA</u>.

    i.    Notwithstanding Paragraphs 14.a and 14.b, Defendants may implement any modification that has been reported to and approved by NHTSA either as a safety recall action or a voluntary campaign in accordance with 49 C.F.R. § 573 ("Part 573 Report").

    ii.    On the Day of submission to NHTSA of any Part 573 Report relevant to a Subject Vehicle, Defendants shall send written notification to EPA/CARB, in accordance with Paragraph 97 of the Consent Decree, that they intend to implement a NHTSA modification, and attach a copy of the Part 573 Report to the notification.

    iii.    No later than 30 Days after the submittal of the Part 573 Report to EPA/CARB, Defendants shall submit the proposal or recall report, in accordance with Paragraph 14.a.i or Paragraph 14.b.i, to EPA/CARB.

    iv.    If EPA/CARB notify Defendants that the NHTSA modification is non-compliant with regulatory requirements relating to environmental laws, Defendants shall, within 60 Days of such notification, either (1) submit to EPA/CARB for review and approval a proposal (including a schedule) for addressing the non-compliances identified by EPA/CARB, (2) challenge EPA's/CARB's determination in accordance with Section XII (Dispute Resolution) of this Consent Decree, or (3) if Defendants believe that the non-compliances cannot be addressed without jeopardizing compliance with NHTSA requirements, Defendants shall set forth all the bases for this belief and submit a proposal that provides for "no further action" to be taken to remedy the non-compliances identified by EPA/CARB. Upon receipt of written approval by EPA/CARB, Defendants shall either implement the proposal as specified or take no further action as specified. If EPA/CARB fail to make a determination within 60 Days of receipt of the proposal, Defendants may, at their discretion, consider the proposal to be denied for the purposes of invoking Dispute Resolution pursuant to Section XII (Dispute Resolution) of this Consent Decree.

    v.    Defendants may make the modifications addressed in this Paragraph concurrently with implementing the Approved Emission Modification.

d. <u>Modifications that Are Not Subject to Procedures Under this Consent Decree</u>. If a modification is not subject to the requirements of this Consent Decree, Defendants may make the modification, concurrently with implementing the Approved Emission Modification or otherwise, provided Defendants comply with all regulatory requirements under the Clean Air Act and comparable California law that apply to such modifications.

e.      Except as otherwise provided herein, the process for submission, review, approval, and resubmission of a proposal under this Paragraph 14 shall follow the procedure described in Section V (Approval Of Submissions; U.S./California Decision-Making) of this Consent Decree.

f.      Modification Notices / Disclosures. No later than 15 Business Days after written approval in accordance with Paragraph 14.a.iv or 14.c.iv, Defendants shall notify, by first-class, postage paid U.S. mail, all affected Eligible Owners and Eligible Lessees that the Approved Emission Modification for their vehicles has been modified. Defendants shall also display on the website required under Paragraph 16 of this Appendix A updated Consumer Emission Modification Disclosures as described in Paragraph 15 of this Appendix A, and shall also provide updated Dealer Emission Modification Disclosures as described in Paragraph 17 of this Appendix A, to the extent that updates are required by Paragraphs 15 and 17. Defendants shall provide any required notices and disclosures relevant to Paragraph 14.b in accordance with the regulatory provisions cited in Paragraph 14.b.i and any other applicable regulatory provisions.

B.    DISCLOSURES

15.    Consumer Emission Modification Disclosure. Defendants shall notify Eligible Owners and Eligible Lessees of Eligible Vehicles of the Emission Modification Program pursuant to this Paragraph.

a.      Defendants shall provide by first-class, postage paid U.S. mail to all affected Eligible Owners and Eligible Lessees known to Defendants, no later than 15 Business Days after the later of the Effective Date of this Consent Decree, or approval in accordance with Appendix B, Paragraph 5, notice of the availability of the Approved Emission Modification. The notice (the "Consumer Emission Modification Disclosure") shall include the following information, described in plain language: (1) a summary of the Approved Emission Modification generally; (2) a reference to the label described in Paragraph 13 of this Appendix A, and a statement regarding the applicable emission standard following the Approved Emission Modification; (3) a list of any hardware exchanged as specified in Appendix B, Attachment I; (4) a general description of any changes, or lack thereof, in fuel economy, Noise Vibration and Harshness, and Drivability resulting from the Approved Emission Modification; (5) a general description of any changes, or lack thereof, in frequency of oil changes and DEF refill, resulting from the Approved Emission Modification; (6) a summary of how Eligible Owners and Eligible Lessees can obtain the Approved Emission Modification; (7) any OBD System limitations that make identification and repair of any components difficult, compromise warranty coverage, or may reduce the effectiveness of inspection and maintenance program vehicle inspections; (8) the applicable Extended Modification Warranty; and (9) any other disclosures required by law.

b. The notice shall follow the format of the approved Consumer Emission Modification Disclosure for Emission Modification Categories 1 and 9, attached to this Consent Decree as Attachment B of this Appendix A, and shall contain, at a minimum, all the information listed therein, as applicable to each Emission Modification Category.

c. Nothing in this Consent Decree shall prohibit Defendants from issuing subsequent notices or taking additional measures to inform Eligible Owners or Eligible Lessees of the Emission Modification Program, provided, however, that Defendants may not provide any notice or additional information that is inconsistent with or contradictory to the notices required by this Paragraph 15. Defendants shall provide a copy of any subsequent consumer notices as part of Defendants' semi-annual reports required by Paragraph 42 of the Consent Decree.

16. <u>Online Access to Information</u>.

a. The Consumer Emission Modification Disclosure for each Emission Modification Category shall be made available online on a public website accessible from the Defendants' primary U.S. website by Defendants within five Business Days of the approval of the applicable Approved Emission Modification in accordance with Appendix B, Paragraph 5, or no later than 15 Days after the Effective Date of this Consent Decree, whichever is later.

b. The website shall display the Consumer Emission Modification Disclosure in a manner such that members of the public and consumers can readily access the information.

c. Information relevant to a specific Subject Vehicle, such as coverage of the applicable Extended Modification Warranty, and whether the Approved Emission Modification is available for, and/or has been applied to, a specific Subject Vehicle shall be available on the website when searching by VIN.

d. Information relevant to a specific part covered by the applicable Extended Modification Warranty for the Subject Vehicle, including whether a specific part is covered by the Extended Modification Warranty, shall be available when searching on the website by VIN.

e. The website described in this Paragraph shall be accessible free of charge to owners, lessees and prospective purchasers and shall be maintained by Defendants for a minimum of 10 years after the Consent Decree is entered. The requirements contained in this Paragraph shall continue in full force and effect after Termination of the Consent Decree. Defendants may move for Termination of the Consent Decree pursuant to the requirements of Section XX (Termination) even though the obligations of this Paragraph shall remain in place.

17. <u>Dealer Disclosures</u>. Defendants shall notify Dealers of Subject Vehicles of the Emission Modification Program pursuant to this Paragraph.

a. No later than 15 Business Days after the later of the Effective Date, or approval of the applicable Approved Emission Modification for each Emission Modification Category in accordance with Appendix B, Attachment I, Defendants shall provide to Dealers a notice describing Dealers' obligations under the Emission Modification Program. The notice ("Dealer Emission Modification Disclosure") shall include (1) the information contained in the Consumer Emission Modification Disclosure, (2) repair instructions that describe the steps necessary to implement the Approved Emission Modification, (3) the "no-cost" information detailed in Paragraph 7 of this Appendix A, and (4) any other disclosures required by law.

b. The notice shall follow the format of the approved notice for Emission Modification Categories 1 and 9, attached to this Consent Decree as Attachment C of this Appendix A, and shall contain similar material disclosures.

c. Nothing in this Consent Decree shall prevent Defendants from issuing subsequent notices or taking additional measures, provided, however, that Defendants may not provide any notice or additional information regarding the Emission Modification Program that is inconsistent with or contradictory to the notices required by this Paragraph. Defendants shall provide a copy of any subsequent Dealer notices as part of Defendants' semi-annual reports required by Paragraph 42 of the Consent Decree.

## C. <u>WARRANTY</u>

18. <u>Extended Warranty for Modified Eligible Vehicles</u>. Defendants shall provide an extended warranty (the "Extended Modification Warranty") for each Eligible Vehicle receiving an Approved Emission Modification. Subject to standard limitations that must be identified to Eligible Owners and Eligible Lessees, which may set forth exclusions like accident, abuse, neglect, or installation of unexempted parts (as that term is described in 13 C.C.R. § 2038(h)), and applicable existing warranty provisions that will remain in effect, the Extended Modification Warranty shall cover the costs of all parts and labor needed to repair the items listed below, as well as the cost or provision of a loaner vehicle for warranty service lasting longer than three hours where such a loaner vehicle is available. Defendants shall not impose on consumers any fees or charges, and shall pay any fees or charges imposed by Dealers related to the warranty service. Unless otherwise specified, the part shall be covered for all Eligible Vehicles that receive the Approved Emission Modification.

a. The Extended Modification Warranty shall cover the following parts:

   i. DOC,

   ii. DPF,

   iii. SCR catalyst,

iv.      DEF injector,

v.      DEF injector controller,

vi.      DEF supply module,

vii.      DEF pump,

viii.      Temperature sensor unit,

ix.      Exhaust temperature sensor,

x.      PM sensor,

xi.      Lambda sensor for Emission Modification Categories 1–5,

xii.      NOx sensors,

xiii.      Fuel injectors,

xiv.      Air intake throttle,

xv.      EGR valve,

xvi.      EGR duct,

xvii.      EGR cooler (including bypass-control),

xviii.      Intake manifold/charge air distributor,

xix.      EGR temperature sensor,

xx.      Turbocharger, including VGT actuator,

xxi.      ECU hardware, where replaced as part of the Approved Emission Modification,

xxii.      TCU hardware, where replaced as part of the Approved Emission Modification,

xxiii.      HCU hardware, where replaced as part of the Approved Emission Modification,

xxiv.      OBD System: the cost of any OBD Diagnostic Scan for malfunctions that trigger the MIL, regardless of whether the malfunction is attributable to a part that is covered under the Extended Modification Warranty, as well as the cost of troubleshooting to determine the reason for the malfunction, but only if the malfunction is determined to be attributable to a part that is covered under the Extended Modification Warranty,

xxv.     Cylinder head assembly components: camshaft, valves, springs, valve spring keepers, valve seats, cam bearing caps, and manifold studs,

xxvi.     Engine timing chain,

xxvii.     Intake manifold pressure sensor,

xxviii.     Instrument cluster hardware, where replaced as part of the Approved Emission Modification, and

xxix.     Coolant thermostat, where replaced as part of the Approved Emission Modification.

b.     <u>Extended Warranty Period</u>. The warranty period for the Extended Modification Warranty shall be the greater of: (1) 10 years from date of initial sale or 120,000 miles on the odometer, whichever comes first; or (2) 4 years or 48,000 miles from the date of installation of the Approved Emission Modification, whichever comes first. The Extended Modification Warranty Period shall continue after Termination of the Consent Decree, as provided in this Paragraph.

c.     <u>Modification of the Extended Warranty</u>. In addition to the coverage provided in Paragraphs 18.a and 18.b, Defendants shall expand the Extended Modification Warranty to include additional parts that are exchanged as part of the Emission Modification pursuant to Paragraph 14.a beyond those parts listed in Appendix B, Attachment I.

d.     <u>Additional Extended Warranty Periods for Specific OBD Noncompliances</u>.

i.     Defendants shall extend the warranty periods in Paragraph 18.b for the parts listed in Paragraph 18.a applicable to that OBD Cluster as follows:

A.     <u>Class 2 Additional OBD-Noncompliances</u>: By 6 months and 6,000 miles for each Class 2 Additional OBD Noncompliance determined by EPA and CARB,

B.     <u>Unreported OBD Noncompliances</u>: By 6 months and 6,000 miles for each Unreported OBD Noncompliance determined by EPA and CARB,

C.     <u>1968.5 OBD Noncompliances</u>: By 12 months and 12,000 miles for each 13 C.C.R. § 1968.5 OBD Noncompliance determined by EPA and CARB.

ii.     If Defendants believe a part or parts covered by the Extended Modification Warranty is not affected by a Class 2 Additional OBD-Noncompliance, Unreported OBD Noncompliance, or 13 C.C.R. § 1968.5 Noncompliance, as relevant, Defendants may submit a written engineering

justification for their position, including all applicable data, to EPA/CARB, with Defendants bearing the burden of proof by a preponderance of the evidence for supporting such an engineering justification, by the following:

A.  Class 2 Additional OBD-Noncompliances: No later than 30 Days after EPA/CARB issue the approval of the Emission Modification Proposal Report under Appendix B, Paragraphs 5.a.1.A, 5.a.i.B, or 5.a.i.C,

B.  Unreported OBD Noncompliances: No later than 30 Days after the United States transmits to Defendants a demand for stipulated penalties under Paragraph 53.c.iii of the Consent Decree,

C.  13 C.C.R. § 1968.5 OBD Noncompliances: No later than 30 Days after the United States transmits to Defendants a demand for stipulated penalties under Paragraph 53.c.iv of the Consent Decree.

iii.  Within 30 Days of the Day EPA and CARB are each in receipt of Defendants' engineering justification and data submitted under Paragraph 18.d.ii, EPA/CARB shall, in their unreviewable discretion and based upon their review of the engineering justification and data submitted under Paragraph 18.d.ii, notify Defendants in writing that: (1) the part or parts in Appendix A, Paragraph 18.a as to which Defendants submitted a justification and data are affected by a Class 2 Additional OBD Noncompliance, Unreported OBD Noncompliance, or 13 C.C.R. § 1968.5 Noncompliance, as relevant, and therefore Defendants shall extend the warranty period for those parts as specified in Appendix A, Paragraph 18.d.i; or (2) the part or parts in Appendix A, Paragraph 18.a as to which Defendants submitted a justification and data are not affected by a Class 2 Additional OBD Noncompliance, Unreported OBD Noncompliance, or 1968.5 Noncompliance, as relevant, and therefore Defendants shall maintain the warranty periods set forth in Appendix A, Paragraph 18.c for those parts. If EPA/CARB notifies Defendants that it shall extend the warranty for a part or parts as to which Defendants submitted a justification and data, Defendants may accept the decision of EPA/CARB or follow the procedures in Paragraph 15 of the Consent Decree as to those parts only.

e.  The Extended Modification Warranty shall be associated with the vehicle, and remains available to all subsequent owners and operators. Defendants shall not seek or offer a waiver of any provision of the Extended Modification Warranty.

f.  Neither the Extended Modification Warranty, nor installation of the Approved Emission Modification or any approved changes made thereto, shall supersede or void any outstanding warranty. To the extent there is a conflict in any

provision(s) of this warranty and any other warranty on any Subject Vehicles, that conflict shall be resolved to the benefit of the consumer, and Defendants shall give written notice of the resolution to EPA/CARB in the next semi-annual report. Existing applicable warranty provisions shall continue to govern, provided that if service of the ECU or TCU is needed, (1) in no event may Defendants introduce any configuration of software or calibrations that contains a Defeat Device, and (2) Defendants may decline to service the ECU or TCU if servicing the ECU or TCU would require Defendants to install or reflash any configuration other than the Approved Emission Modification or approved changes thereto. Such requirements, and the potential effect on Eligible Owners and Eligible Lessees must be clearly described in the Consumer Emission Modification Disclosure.

g.　　The Extended Modification Warranty shall not modify, limit, or affect any state, local, or federal legal rights available to the owners. The Warranty shall be subject to any remedies provided by state or federal laws, such as the Magnuson-Moss Warranty Act, that provide consumers with protections, including without limitation "Lemon Law" protections, with respect to warranties.

h.　　In no event shall warranty coverage under the Extended Modification Warranty be subject to service writers' discretion.

i.　　In the event that the hardware of the ECU or TCU is damaged by the software flash during installation of the Approved Emission Modification, Defendants will replace the hardware at no cost to the customer and provide a 2-year "spare parts" warranty for the replaced part.

j.　　<u>Buyback and Lease Termination Remedies</u>. In addition to any protections provided by applicable law, Defendants must provide a Buyback or Lease Termination to any Eligible Owner or Eligible Lessee of an Eligible Vehicle that receives an Approved Emission Modification in the event that, during the 18 months or 18,000 miles (whichever comes first) following the completion of the Approved Emission Modification (the "Remedy Period"), Defendants fail to repair or remedy a confirmed failure or malfunction covered by the Extended Modification Warranty and associated with the Approved Emission Modification (a "Warrantable Failure") after the Eligible Owner or Eligible Lessee physically presents the Eligible Vehicle to a Dealer for repair of the Warrantable Failure; and (1) the Warrantable Failure is unable to be remedied after making four separate service visits to the same Dealer for the same Warrantable Failure during the Remedy Period; or (2) the Eligible Vehicle with the Warrantable Failure is out-of-service due to the Warrantable Failure for a cumulative total of 30 days during the Remedy Period, not including any days when the Dealer returns or otherwise tenders the Eligible Vehicle to the customer while the Dealer awaits necessary parts and such vehicle remains Operable.

19.　　<u>Grounds for Denial of Extended Modification Warranty</u>. Extended Modification Warranty coverage may be denied if an Eligible Vehicle has been altered with the use of

any after-market emissions-related components, parts, and/or software, or with the removal of any original emissions-related components, parts, and/or software, and such alteration(s) are likely to substantially affect the operation of the vehicle with the Approved Emission Modifications, until the owner of such vehicle, at his or her expense, has reversed the alteration(s) such that the Approved Emission Modification will not be substantially affected.

20. <u>Warranties for Nonmodified Eligible Vehicles</u>. For Eligible Owners and Eligible Lessees who do not receive the Approved Emission Modification for an Eligible Vehicle, the existing applicable warranty provisions shall continue to govern, provided that if service of the ECU or TCU is needed, (1) in no event may Defendants introduce any configuration of software or calibrations that contains a Defeat Device, and (2) Defendants may decline to service the ECU or TCU if servicing the ECU or TCU would require Defendants to install or reflash any configuration other than the Approved Emission Modification. Such requirements, and the potential effect on Eligible Owners and Eligible Lessees must be clearly described in the Consumer Emission Modification Disclosure.

Attachment A

Approved Label for Emission Modification Category 1

**APPROVED EMISSION MODIFICATION LABEL**

EMISSION MODIFICATION
PROGRAM NO:

DEALER CODE:

DATE:

| U.S. EPA: | **40CFR§86.1816-08 HDV** |
| California: | **ULEV II MDV** |

**This vehicle has received an
Approved Emission Modification**

The following components have been
installed or modified:

- NOx Sensor       - DPF + DOC

- SCR-Catalyst       - TCU/HCU

- Instrument Cluster       - ECU

- Lambda Sensor       - PM Sensor

- Software Update

A xxx xxx xx xx

Attachment B

Approved Consumer Emission Modification Disclosures for Categories 1 and 9

[[Month XX]], 2020

---

- **An emission modification is available for your vehicle.**
- **Schedule an appointment with your authorized Mercedes-Benz dealer as soon as possible.**
- **This modification will be provided free of charge.**

---

Dear Mercedes-Benz Sprinter Owner or Lessee:

On [[date]], Daimler AG and Mercedes-Benz USA, LLC ("MBUSA") reached a settlement with the United States Department of Justice (DOJ), the Environmental Protection Agency (EPA), the California Air Resources Board (CARB), and the California Attorney General's Office (CA AG) regarding the emission control system in your vehicle.  As part of this settlement, we are offering a modification to your emission control system.  The emission modification for your vehicle has been approved by the EPA and CARB, and is now ready for installation in your vehicle.  Your authorized Mercedes-Benz dealer will install the modification at no cost to you.

*What should YOU DO?*



To find the most convenient authorized Mercedes-Benz dealer from your smartphone, scan the QR code to the left.

This letter outlines the emission control system modifications that are now available for your Sprinter vehicle and the further extended emission warranty coverage that will be provided once the modification has been completed on your vehicle.  You can also read about the instructions regarding maintenance for your vehicle post-modification.

We encourage you to carefully review the information in this letter, and if we can be of further assistance, please let us know.  For questions about any of the material in this letter, please visit https://BlueTecUpdate.mbvans.com or contact 1-833-841-9363.

## I.      Emission Modification

As described above, your authorized Mercedes-Benz dealer will install the emission modification that updates the emission control system software on your vehicle and involves an exchange of certain components—for all vehicles, the NOx sensors, and for certain vehicles, the SCR catalyst, engine control unit, and instrument cluster hardware.  You should not notice any adverse changes in vehicle reliability, durability, performance, drivability, fuel economy, or other driving characteristics.  The modification will change the way your vehicle's engine and emission control systems interact.

The emission modification will affect your car in the following ways:

- Diesel Exhaust Fluid (DEF) consumption – The emission modification is not expected to change the frequency with which you need to refill your DEF (also known as AdBlue®) tank.  However, under certain conditions, your vehicle may use more DEF as compared to prior usage.  The exact amount of the change will vary depending on driving style and profile, as well as other factors.

- On-board diagnostic (OBD) system changes – The operation of your vehicle's OBD system will be modified based upon the agreement with EPA and CARB.  We do not anticipate that the modification will affect the OBD system in a manner that would make identification and repair of any components difficult, compromise warranty coverage, or compromise your vehicle's ability to comply with the inspection and maintenance (Smog Check) test of your vehicle.  Furthermore, the extended warranty coverage outlined in this letter offers additional protection for any corresponding OBD-related issues.  These changes should not be noticeable to you and do not have any impact upon driving characteristics.

The emission modification is available at no cost to you.  It will take approximately 3 hours to install the emission modification.

As a matter of normal service process, an authorized Mercedes-Benz dealer will also check for other repair measures which might be applicable to your vehicle; this may increase the required working time.  You will not be charged for other service or repairs unless you request them.

More information regarding the technical details of this update can be found at https://BlueTecUpdate.mbvans.com.

## II.    Emission Standards/Label

Your vehicle was originally certified to EPA and CARB emission standards, and it will meet these standards after modification.

An emission modification completion confirmation label will be installed under the hood of the vehicle after the modification is completed.

## III.    Changes in Maintenance Schedule

The emission modification of your Mercedes-Benz Sprinter van does not affect the recommended vehicle maintenance schedule for oil change intervals as described in your maintenance booklet.

Under certain operating conditions, your vehicle's DEF usage may increase.  The frequency with which you refill your DEF tank should not change.

## IV.    Scheduling the Emission Modification

You will receive the emission modification at no cost to you.

Vehicles receiving the emission modification will also receive an extended emission warranty covering the emission system of the modified vehicle, which includes a remedy to protect against the possibility that the modification causes subsequent service problems.

To receive the emission modification described in this letter, please schedule an appointment with your preferred authorized Mercedes-Benz  dealership.

For more information about the emission modification (including when and how to visit a dealer), or to check eligibility, please visit https://BlueTecUpdate.mbvans.com.

## V.    Extended Modification Warranty Coverage

Once the emission modification has been installed in your vehicle, MBUSA will extend your warranty coverage for certain emission-related components.

*Warranty Period:*  The warranty period for the "Extended Modification Warranty" shall be the **greater** of:

- 10 years from the date of initial sale or 120,000 miles on the odometer, whichever occurs first; **OR**

- 4 years or 48,000 miles from the date on which the emission modification was performed, whichever occurs first.

The vehicle's date of initial sale (also referred to as the vehicle's warranty start date) is defined as the date the vehicle was delivered to either the first retail purchaser or lessee; or if the vehicle was first placed in service as a "demonstrator" or "company" car, on the date such vehicle was first placed in service.

*Parts Covered Under Extended Warranty:*  The Extended Modification Warranty covers the emission control system, including (1) all components which are replaced as part of the emission modification, and (2) any component which can reasonably be impacted by effects of the emission modification.  The emission control system warranty shall cover the following parts or systems:

- DOC,
- DPF,
- SCR catalyst,
- DEF injector,
- DEF injector controller,
- DEF supply module,
- DEF pump,
- Temperature sensor unit,
- Exhaust temperature sensor,
- PM sensor,
- Lambda sensor for Emission Modification Categories 1–5,
- NOx sensors,
- Fuel injectors,
- Air intake throttle,
- EGR valve,
- EGR duct,
- EGR cooler (including bypass-control),
- Intake manifold/charge air distributor,
- EGR temperature sensor,
- Turbocharger, including VGT actuator,
- ECU hardware, where replaced as part of the Approved Emission Modification,
- TCU hardware, where replaced as part of the Approved Emission Modification,
- HCU hardware, where replaced as part of the Approved Emission Modification,
- OBD System: the cost of any OBD Diagnostic Scan for malfunctions that trigger the MIL, regardless of whether the malfunction is attributable to a part that is covered under the Extended Modification Warranty, as well as the cost of troubleshooting to determine the reason for the malfunction, but only if the malfunction is determined to be attributable to a part that is covered under the Extended Modification Warranty,
- Cylinder head assembly components: camshaft, valves, springs, valve spring keepers, valve seats, cam bearing caps, and manifold studs,
- Engine timing chain,
- Intake manifold pressure sensor,
- Instrument cluster hardware, where replaced as part of the Approved Emission Modification, and
- Coolant thermostat, where replaced as part of the Approved Emission Modification.

In our continuing efforts to assure proper performance of your Mercedes-Benz Sprinter van, your authorized Mercedes-Benz dealer will diagnose and replace the emission-related components listed in this section, if necessary, at no cost to you as long as the vehicle remains within the time and mileage limits of this warranty extension. Please keep this letter and deliver it to any new owner, along with the owner's manual.

This warranty extension covers the diagnosis and replacement of the emission-related components listed in this section. Should you ever sell the vehicle, this warranty extension is fully transferable to subsequent owners.

This warranty extension will _not_ cover:

- Any damage or malfunctions caused by installation of non-EPA or non-CARB certified emission related parts, including damage or malfunction to parts needed for proper diagnosis of a covered part.

- Damage or malfunctions caused by or related to outside influence, such as damage due to an accident, or vehicle misuse or neglect.

All existing warranty provisions remain in effect. The extended emission warranty includes parts and labor. The extended emission warranty shall not void or supersede any existing warranty.

More information about your extended emission warranty coverage is available at https://BlueTecUpdate.mbvans.com.

***Transferability:*** This extended emission warranty is fully transferable to subsequent owners.

***Warranty Notices:*** All normal warranty provisions remain in effect.

## VI.    Checking Your Vehicle's Eligibility

To check your vehicle's eligibility for repair under this service campaign, please visit https://BlueTecUpdate.mbvans.com or call 1-833-841-9363 and provide your Vehicle Identification Number (VIN), which for your convenience can be found at the top of this letter.

If your vehicle is eligible, you may schedule an appointment to complete the emission modification quickly and easily directly from https://BlueTecUpdate.mbvans.com or by calling 1-833-841-9363.

## VII.    Customer Notices

If you choose to decline the emission modification at this time, you should be aware that certain emission-related replacement and repair parts may at some point no longer be available from Mercedes-Benz. Accordingly, in the future, if your unmodified vehicle requires maintenance and repairs of the emission system, we may need to perform the emission modification first, including, where applicable, installing the engine control unit (ECU) software associated with the emission modification. This may lead to changes to your vehicle's operation resulting from those modifications, as discussed in this letter.

If your vehicle has been modified prior to receiving the emission modification with the use of any after-market emission-related components, parts, and/or software or the removal of any original emission-related components, parts, and/or software, and such alterations are likely to substantially affect the operation of the vehicle with the emission modification, or substantially impede installation of the emission modification, your authorized Mercedes-Benz dealer may not be able to perform the emission modification until you correct such modification.

Please visit https://BlueTecUpdate.mbvans.com with any questions, or contact us at 1-833-841-9363.

We hope you are enjoying your Mercedes-Benz Sprinter van, and we apologize for any inconvenience.


Sincerely,


Mercedes-Benz USA

**IMPORTANT**                                    VIN: [[<mark>VIN</mark>]]

**If for any reason YOU NO LONGER OWN THIS VEHICLE OR have a CHANGE OF ADDRESS, please COMPLETE THE SECTION BELOW, place in the ENCLOSED ENVELOPE, and DROP IN ANY MAIL BOX. If possible, provide the name and address of the present owner so that we may contact them.**

❑ **EXPORTED**                    ❑ **SOLD**
❑ **LEASE, VEHICLE RETURNED**     ❑ **STOLEN**
❑ **SCRAPPED**                    ❑ **OTHER** _____

❑ **NEW OWNER INFORMATION**       ❑ **MY NEW NAME OR ADDRESS IS:**

Last Name, First Name

Street                                                                     Apt

City                                                      State        ZIP

Email Address

Phone (numbers only)                    Mobile (numbers only)

_____     _____
**Date**                           **Signature**

[[Month XX]], 2020

> - **An emission modification is available for your vehicle.**
> - **Schedule an appointment with your authorized Mercedes-Benz dealer as soon as possible.**
> - **This modification will be provided free of charge.**

Dear Mercedes-Benz Owner or Lessee:

On [[date]], Daimler AG and Mercedes-Benz USA, LLC ("MBUSA") reached a settlement with the United States Department of Justice (DOJ), the Environmental Protection Agency (EPA), the California Air Resources Board (CARB), and the California Attorney General's Office (CA AG) regarding the emission control system in your vehicle. As part of this settlement, we are offering a modification to your emission control system. The emission modification for your vehicle has been approved by the EPA and CARB, and is now ready for installation in your vehicle. Your authorized Mercedes-Benz dealer will install the modification at no cost to you.

*What should YOU DO?*



To find the most convenient authorized Mercedes-Benz dealer from your smartphone, scan the QR code to the left.

This letter outlines the emission control system modifications that are now available for your GLK250 vehicle and the further extended emission warranty coverage that will be provided once the modification has been completed on your vehicle. You can also read about the instructions regarding maintenance for your vehicle post-modification.

We encourage you to carefully review the information in this letter, and if we can be of further assistance, please let us know. For questions about any of the material in this letter, please visit https://BlueTecUpdate.mbusa.com or contact 1-833-841-9362.

## I. Emission Modification

As described above, your authorized Mercedes-Benz dealer will install the emission modification that updates the emission control system software on your vehicle and involves an exchange of certain components—specifically, the diesel oxidation catalyst, diesel particulate filter, SCR catalyst, NOx sensors, particulate matter sensor, oxygen sensor, and for MY13 vehicles, the hydraulic control unit of the transmission. You should not notice any adverse changes in vehicle reliability, durability, performance, drivability, or other driving characteristics, and some drivers may notice improved fuel economy. The modification will change the way your vehicle's engine and emission control systems interact.

The emission modification will affect your car in the following ways:

- Diesel Exhaust Fluid (DEF) consumption – The emission modification is not expected to change the frequency with which you need to refill your DEF (also known as AdBlue®) tank. If your previous refill rate coincided with your oil change interval, that should not change with this modification. However, under certain conditions, your vehicle may use more DEF as compared to prior usage. The exact amount of the change will vary depending on driving style and profile, as well as other factors.

- On-board diagnostic (OBD) system changes – The operation of your vehicle's OBD system will be modified based upon the agreement with EPA and CARB. We do not anticipate that the modification will affect the OBD system in a manner that would make identification and repair of any components difficult, compromise warranty coverage, or compromise your vehicle's ability to comply with the inspection and maintenance (Smog Check) test of your vehicle. Furthermore, the extended warranty coverage outlined in this letter offers additional protection for any corresponding OBD-related issues.

These changes should not be noticeable to you and do not have any impact upon driving characteristics.

The emission modification is available at no cost to you. It will take approximately 6 hours to install the emission modification.

As a matter of normal service process, an authorized Mercedes-Benz dealer will also check for other repair measures which might be applicable to your vehicle; this may increase the required working time. You will not be charged for other service or repairs unless you request them.

More information regarding the technical details of this update can be found at https://BlueTecUpdate.mbusa.com.

## II.    Emission Standards/Label

Your vehicle was originally certified to EPA and CARB emission standards, and it will meet these standards after modification.

An emission modification completion confirmation label will be installed under the hood of the vehicle after the modification is completed.

## III.    Changes in Maintenance Schedule

The emission modification of your Mercedes-Benz vehicle does not affect the recommended vehicle maintenance schedule for oil change intervals as described in your maintenance booklet.

Under certain operating conditions, your vehicle's DEF usage may increase. The frequency with which you refill your DEF tank should not change.

## IV.    Scheduling the Emission Modification

You will receive the emission modification at no cost to you.

Vehicles receiving the emission modification will also receive an extended emission warranty covering the emission system of the modified vehicle, which includes a remedy to protect against the possibility that the modification causes subsequent service problems.

To receive the emission modification described in this letter, please schedule an appointment with your preferred authorized Mercedes-Benz dealership.

For more information about the emission modification (including when and how to visit a dealer), or to check eligibility, please visit https://BlueTecUpdate.mbusa.com.

## V.    Extended Modification Warranty Coverage

Once the emission modification has been installed in your vehicle, MBUSA will extend your warranty coverage for certain emission-related components.

*Warranty Period:* The warranty period for the "Extended Modification Warranty" shall be the **greater** of:

- 10 years from the date of initial sale or 120,000 miles on the odometer, whichever occurs first; **OR**

- 4 years or 48,000 miles from the date on which the emission modification was performed, whichever occurs first.

The vehicle's date of initial sale (also referred to as the vehicle's warranty start date) is defined as the date the vehicle was delivered to either the first retail purchaser or lessee; or if the vehicle was first placed in service as a "demonstrator" or "company" car, on the date such vehicle was first placed in service.

*Parts Covered Under Extended Warranty:* The Extended Modification Warranty covers the emission control system, including (1) all components which are replaced as part of the emission modification, and (2) any

component which can reasonably be impacted by effects of the emission modification. The emission control system warranty shall cover the following parts or systems:

- DOC,
- DPF,
- SCR catalyst,
- DEF injector,
- DEF injector controller,
- DEF supply module,
- DEF pump,
- Temperature sensor unit,
- Exhaust temperature sensor,
- PM sensor,
- Lambda sensor for Emission Modification Categories 1–5,
- NOx sensors,
- Fuel injectors,
- Air intake throttle,
- EGR valve,
- EGR duct,
- EGR cooler (including bypass-control),
- Intake manifold/charge air distributor,
- EGR temperature sensor,
- Turbocharger, including VGT actuator,
- ECU hardware, where replaced as part of the Approved Emission Modification,
- TCU hardware, where replaced as part of the Approved Emission Modification,
- HCU hardware, where replaced as part of the Approved Emission Modification,
- OBD System: the cost of any OBD Diagnostic Scan for malfunctions that trigger the MIL, regardless of whether the malfunction is attributable to a part that is covered under the Extended Modification Warranty, as well as the cost of troubleshooting to determine the reason for the malfunction, but only if the malfunction is determined to be attributable to a part that is covered under the Extended Modification Warranty,
- Cylinder head assembly components: camshaft, valves, springs, valve spring keepers, valve seats, cam bearing caps, and manifold studs,
- Engine timing chain,
- Intake manifold pressure sensor,
- Instrument cluster hardware, where replaced as part of the Approved Emission Modification, and
- Coolant thermostat, where replaced as part of the Approved Emission Modification.

In our continuing efforts to assure proper performance of your Mercedes-Benz vehicle, your authorized Mercedes-Benz dealer will diagnose and replace the emission-related components listed in this section, if necessary, at no cost to you as long as the vehicle remains within the time and mileage limits of this warranty extension. Please keep this letter and deliver it to any new owner, along with the owner's manual.

This warranty extension covers the diagnosis and replacement of the emission-related components listed in this section. Should you ever sell the vehicle, this warranty extension is fully transferable to subsequent owners.

This warranty extension will _not_ cover:

- Any damage or malfunctions caused by installation of non-EPA or non-CARB certified emission related parts, including damage or malfunction to parts needed for proper diagnosis of a covered part.

- Damage or malfunctions caused by or related to outside influence, such as damage due to an accident, or vehicle misuse or neglect.

All existing warranty provisions remain in effect. The extended emission warranty includes parts and labor. The extended emission warranty shall not void or supersede any existing warranty.

More information about your extended emission warranty coverage is available at https://BlueTecUpdate.mbusa.com.

**_Transferability:_** This extended emission warranty is fully transferable to subsequent owners.

**_Warranty Notices:_** All normal warranty provisions remain in effect.

## VI.    Checking Your Vehicle's Eligibility

To check your vehicle's eligibility for repair under this service campaign, please visit https://BlueTecUpdate.mbusa.com or call 1-833-841-9362 and provide your Vehicle Identification Number (VIN), which for your convenience can be found at the top of this letter.

If your vehicle is eligible, you may schedule an appointment to complete the emission modification quickly and easily directly from https://BlueTecUpdate.mbusa.com or by calling 1-833-841-9362.

## VII.    Customer Notices

If you choose to decline the emission modification at this time, you should be aware that certain emission-related replacement and repair parts may at some point no longer be available from Mercedes-Benz. Accordingly, in the future, if your unmodified vehicle requires maintenance and repairs of the emission system, we may need to perform the emission modification first, including, where applicable, installing the engine control unit (ECU) software associated with the emission modification. This may lead to changes to your vehicle's operation resulting from those modifications, as discussed in this letter.

If your vehicle has been modified prior to receiving the emission modification with the use of any after-market emission-related components, parts, and/or software or the removal of any original emission-related components, parts, and/or software, and such alterations are likely to substantially affect the operation of the vehicle with the emission modification, or substantially impede installation of the emission modification, your authorized Mercedes-Benz dealer may not be able to perform the emission modification until you correct such modification.

Please visit https://BlueTecUpdate.mbusa.com with any questions, or contact us at 1-833-841-9362.

We hope you are enjoying your Mercedes-Benz vehicle, and we apologize for any inconvenience.

Sincerely,


Mercedes-Benz USA

**IMPORTANT**                    VIN: [[VIN]]

**If for any reason YOU NO LONGER OWN THIS VEHICLE OR have a CHANGE OF ADDRESS, please COMPLETE THE SECTION BELOW, place in the ENCLOSED ENVELOPE, and DROP IN ANY MAIL BOX.  If possible, provide the name and address of the present owner so that we may contact them.**

❑ **EXPORTED**                    ❑ **SOLD**
❑ **LEASE, VEHICLE RETURNED**     ❑ **STOLEN**
❑ **SCRAPPED**                    ❑ **OTHER** _____

❑ **NEW OWNER INFORMATION**       ❑ **MY NEW NAME OR ADDRESS IS:**

Last Name, First Name

Street                                                                    Apt

City                                                         State    ZIP

Email Address

Phone (numbers only)              Mobile (numbers only)

_____    _____
**Date**                   **Signature**

Attachment C

Approved Dealer Emission Modification Disclosures for Emission Modification Categories 1 and 9

| TO: Mercedes-Benz Dealer Principals, General Managers, Sales Managers, Service Managers, Parts Managers | FROM: Anthony Washington, Department Manager, Regulations and Certifications |
|---|---|
| RE: **Emission Modification Notification – [[2020040001]]** <br> Model 906 (Sprinter) <br> Model Years 2010 - 2016 <br> **Emission Modification Category (EMC) #1** | DATE: [[Month XX , 2020]] |

### IMPORTANT EMISSIONS MODIFICATION CAMPAIGN INFORMATION

### Attention Dealership Management

- Please ensure that every dealership associate is aware of this Emission Modification Campaign, and that customer-facing associates provide transparent information to customers.
- Refer to VMI in NetStar to determine which units in your inventory are affected by this Emission Modification Campaign. This notification hereby instructs **dealers not to sell or cause to be sold, or lease or cause to be leased, or introduce into commerce, or export** from the United States to another country, any vehicle covered by this notification, unless it has received the Approved Emission Modification described in this notification. **Failure to adhere to these instructions may result in possible penalties or fines.**
- Run a VMI check on all vehicles brought into your Service Department to determine if they are affected by any service campaign or recall and perform accordingly.
- Always act with the principles of Customer Experience in mind.
- Refer to the work instructions and ensure each step in the defined process is followed exactly as described. Steps such as affixing the vehicle label and correctly filling out the vehicle label must be adhered to. **Failure to adhere to these instructions may result in possible penalties or fines.**
- Ensure your warranty administrator submits warranty claims for this recall in a timely manner. Extended warranty applicability stated herein is automatically enabled once the Approved Emission Modification is completed and the warranty claim is processed.
- Customers should **not** be given information about the Emission Modification or the class settlement that deviates from, or is in addition to, what is in authorized communications reflected in this NCU or the official websites: [class settlement website] and https://BlueTecUpdate.mbusa.com **Failure to adhere to this instruction could threaten final implementation of the settlement and may result in possible penalties.**
- A proposed class action settlement has been filed that provides compensation to customers who receive the Emission Modification and meet certain other requirements. To receive such compensation, class members will need to submit (among other things) copies of their Repair Order showing proof that the Emission Modification was installed and (if any) proof of transportation expenses incurred to receive the Emission Modification—up to $35—in the event that a loaner, shuttle, or alternative transportation cannot be arranged by your dealership. Please remind customers to save this documentation.
- Other than the benefits class members can claim through the class action settlement process, customers cannot be offered any compensation in exchange for receiving the Emission Modification. **Failure to adhere to this instruction may result in possible penalties.** (At their discretion and on a case-by-case basis, Dealers can continue to offer customers goodwill for other reasons consistent with normal business practices and policies, but additional compensation in exchange for receiving the Emission Modification is prohibited.)



**Information for customers:**

- For information related to this specific Emission Modification, customers can refer to: https://BlueTecUpdate.mbvans.com.
- [*if the preliminary approval motion has been filed, then add:*] For information related to the proposed class action settlement, Customers can refer to: [settlement URL]
- Mercedes-Benz Customer Assistance Center: **1-833-841-9362**

Please note that all customer inquiries should be directed to the Customer Assistance Center at 1-833-841-9362.

Sincerely,

Anthony Washington

Department Manager, Regulations and Certifications



| Campaign Launch Notification | | | [[Month, 2020]] |
|---|---|---|---|
| **Campaign No.:** | **EMC#** | **Campaign Desc. :** | BlueTEC Update – Sprinter MY10-16 |
| [[2020XXXXXX]] | 1 | [[1XXXXXXX]] | |

This is to notify you of an Emission Modification Campaign Launch to update the emission control system on approximately [[XXXX]] Model Year ("MY") 2010-2016 Mercedes-Benz Sprinter vehicles.  The Emission Modification Campaign will be visible on the https://BlueTecUpdate.mbvans.com website and may generate questions from customers.  **Affected VINs will be flagged in VMI as "OPEN" on [[Month XX, 2020]].**

## Background

| **Issue** | Mercedes-Benz USA, LLC ("MBUSA") is modifying the emission control system on certain diesel vehicles.  The Emission Modification for six-cylinder MY10-16 Mercedes-Benz Sprinter vehicles has been approved by the EPA and CARB, and is now ready for installation.  An authorized Mercedes-Benz Sprinter dealer will install the Emission Modification at no cost to the customer. |
|---|---|
| **What We're Doing** | An authorized Mercedes-Benz Sprinter dealer will replace certain emission control system components and update certain software in eligible vehicles. |
| **Parts** | **Parts are available to order.** |

## Vehicles Affected

| **Vehicle Model Year(s)** | MY 2010-2016 |
|---|---|
| **Vehicle Model** | Platform 906 (Sprinter) |

## Vehicle Populations

| **Total Campaign Population** | [[XXXX]] |
|---|---|
| **Total Customer Vehicles in Campaign** | [[XXXX]] |

## Next Steps/Notes

| **Customer Notification Timeline** | Customer letters will be mailed on [[Month XX, 2020]]. |
|---|---|
| **AOMS/SOMS** | This Emission Modification Campaign may initiate questions from customers and the Media.  Please ensure your dealers have read and understand this notice. |
| **Rental Fleet Partners** | This Emission Modification Campaign may affect vehicles in your fleet. Please contact your respective MBUSA fleet representative for further information and next steps. For repairs, please contact your preferred Mercedes-Benz Sprinter dealer. |
| **Notes** | • **IMPORTANT:** This notification hereby instructs dealers not to sell or cause to be sold, or lease or cause to be leased, or introduce into commerce, or export from the United States to another country, any vehicle covered by this notification, unless it has received the Approved Emission Modification described in this notification.  Failure to adhere to these instructions may result in possible penalties or fines.<br>• Follow ALL steps of the work instructions.<br>• More information about a class action settlement providing incentives to customers who receive the Emission Modification can be found at [settlement URL].<br>• Emission Modification information::<br>  • Mercedes-Benz specific emission-modification-related information: https://BlueTecUpdate.mbvans.com<br>  • Customer Assistance Center: 1-833-841-9362 |

While we regret any inconvenience this may cause, MBUSA is determined to maintain a high level of vehicle quality and customer satisfaction.  Please refer all customer inquiries to the Customer Assistance Center at 1-877-496-3691.



# DEALER FAQs

**What is the reason for this Emission Modification?**
On [[date]], Daimler AG ("DAG") and Mercedes-Benz USA, LLC ("MBUSA") reached a settlement with the United States Department of Justice ("DOJ"), the Environmental Protection Agency ("EPA"), the California Air Resources Board ("CARB"), and the California Attorney General's Office ("CA AG") regarding the emission control system in MY09 to MY16 OM642 and OM651 BlueTEC II diesel vehicles sold or leased in the US. As part of this settlement, MBUSA is offering Owners and Lessees a modification to the vehicles' emission control systems, referred to as an Emission Modification.

Eligible vehicles and vehicle model years have been separated into Emission Modification Categories ("EMC") to facilitate the campaign. Each EMC will be launched in phases, pending agency approval. Please refer to our public website https://BlueTecUpdate.mbvans.com for more information on your particular vehicle.

The Emission Modification for the six-cylinder Mercedes-Benz Sprinter vans has been approved by the EPA and CARB, and is now ready for installation in customer vehicles. MBUSA will be working with EPA and CARB to secure approval for Emission Modifications for the remaining eligible vehicles, and will notify authorized Mercedes-Benz dealers upon approval of each Emission Modification.

**What is an "EMC"?**
To facilitate the emission modifications on the subject vehicle population, the vehicle models and model years have been separated into Emission Modification Categories, "EMCs," as shown on the second page of this NCU.

**What are the eligible vehicles that will receive an Emission Modification under this settlement?**
This settlement pertains specifically to vehicles equipped with four and six cylinder (OM651 & OM642) diesel engines sold between MY09 and MY16. For more information, please visit https://BlueTecUpdate.mbvans.com.

**How will the repair be communicated to Owners and Lessees in the US?**
Vehicle owners and lessees will receive a letter in the mail letting them know that the Emission Modification for their vehicle is available and to bring in their vehicle to their preferred, authorized, Mercedes-Benz dealer. Additional outreach efforts will be implemented as well.

**How do Owners and Lessees find out whether their vehicle is affected by the Emission Modification Campaign?**
Owners and Lessees with affected vehicles will be mailed a notification letter when the Emission Modification is available. Owners and Lessees can always check if their vehicle is affected by entering their VIN into the following site: https://BlueTecUpdate.mbvans.com.

All vehicles covered by the Emission Modification Program also are covered by the proposed class action settlement described above.

**Owners and Lessees might complain about a Check Engine light; will the dealer repair the vehicle as part of the emission update?**
A Check Engine light can illuminate for a number of reasons. Authorized Mercedes-Benz Sprinter dealers can offer assistance diagnosing and repairing the issue.



**Can an Owner or Lessee get a loaner vehicle or alternate transportation while the repair is being performed?**
Where loaner vehicles are available, Dealers are requested to offer loaner vehicles to each Eligible Owner and Eligible Lessee at no cost where the implementation of the Approved Emission Modification will take 3 hours or longer to complete.

In an instance where the Approved Emission Modification takes 3 hours or longer to complete, and where the Dealer does not make available a loaner car or offer a shuttle service or alternative transportation, Class Members will be eligible to submit a claim for transportation costs of up to $35 along with their claims for other settlement compensation. For more information on the transportation allowance, customers should visit the class action settlement website at www.XXXXXXXX.com, and should be reminded to save their receipts.

**What is Mercedes-Benz going to do for Owners and Lessees given this inconvenience?**
Dealers will attempt to minimize any inconvenience during the repair process.  Should Owners or Lessees experience an excessive delay with the repair of their vehicle, they can contact our Customer Assistance Center at 1-833-841-9362.

**Where can an Owner or Lessee have the Emission Modification work completed?**
Owners and Lessees will be asked to contact their local, preferred, authorized Mercedes-Benz Sprinter dealer to arrange for an appointment to complete the FREE Emission Modification.

**Can Owners and Lessees have the Emission Modification performed if they did not receive a Customer Letter but own a Mercedes-Benz Sprinter BlueTEC Diesel vehicle?**
Owners and Lessees should first check the eligibility and status of their vehicle by visiting https://BlueTecUpdate.mbvans.com.  To be automatically alerted when the Emission Modification is available for their vehicle, customers are being asked to complete the "Keep me Updated" section of the website after entering their VIN to check the status.

**Do Owners and Lessees have to wait for the Emission Modification Campaign letter before their vehicle can be fixed?**
Owners and Lessees do not need to present a copy of the recall repair letter to receive the FREE repair, but they should wait to bring their vehicle in for the repair until they receive notice that the Emission Modification has been launched for their specific vehicle model.  The Emission Modifications will be launched in phases, pending agency approval, so the Emission Modifications for all of the subject vehicle models (all MY09 to MY16 BlueTEC II vehicles with OM642 and OM651 engines sold or leased in the US) will not be launched at the same time.  Once the Emission Modification has been approved for a particular vehicle type, Owners and Lessees will be sent a letter asking them to schedule an appointment with their authorized Mercedes-Benz Sprinter dealer to perform the FREE repair.

**Do Owners and Lessees need the Owner/Lessee Letter to have the Emission Modification performed?**
No, Owners and Lessees with eligible vehicles do not need the Customer Letter to have this FREE Emission Modification completed.  Local authorized Mercedes-Benz Sprinter repair facilities can check the eligibility and status of Customer vehicles without the Customer Letter.

**What about Owners or Lessees who request that the repair be performed without first receiving a Customer Letter?**
No Emission Modification can be performed until EPA and CARB approve the Emission Modification for the specific model.



**When will parts be available?**
Parts are currently available for the Emission Modification Campaigns which have been approved by EPA and CARB. We will provide updates as parts become available for other vehicle models.

Regarding all other future vehicle categories, MBUSA is working with EPA and CARB to obtain approvals for the Emission Modification. MBUSA will notify dealers upon approval of each Emission Modification that the Emission Modification has become available.

For up-to-date parts availability information, please refer to the website https://BlueTecUpdate.mbvans.com.

**Are there any known vehicle symptoms associated with the Emission Modification that Owners or Lessees will notice that should lead them to stop driving the car or take to a dealer?**
No. There is no symptom related to the Emission Modification.

**What is the expected impact on an Owner's or Lessee's vehicle after the Emission Modification has been performed?**
Details on the impact to vehicles are provided in the Owner/Lessee letter for each Emission Modification Category. A copy of the Owner/Lessee letter for the EMC subject to this FAQ is attached.

**What types of repairs or replacements are needed?**
Authorized Mercedes-Benz Sprinter Dealers will replace specific emission-related components in Customer vehicles. This varies by model and model year. For more information, please visit https://BlueTecUpdate.mbvans.com..

**How long does this replacement take?**
Replacement time is dependent upon the model and model year. This time may range from 30 minutes to a maximum of 6 hours. Details are provided in the Owner/Lessee Letter.

**What if vehicles have been modified using after-market parts and/or software? Can the Emission Modification still be performed?**
If the vehicle has been modified prior to receiving the Emission Modification in a manner that may yield a non-compliant emission system (for example, removal of a catalyst, installation of parts that impact emission or emission-related parts, or modifications to the ECU or computer software of the vehicle), Dealers might not be able to perform the Emission Modification until the prior modifications are corrected, which will be at the Owner's/Lessee's cost. Once corrected, the vehicle may receive the Emission Modification.

**What if Owners or Lessees decline to have the Emission Modification performed?**
If Owners or Lessees decline the Emission Modification at this time, they should be advised that certain emission-related replacement and repair parts may no longer be available from MBUSA at some point.

If a current Owner or Lessee of an eligible vehicle does not have the Emission Modification installed, they cannot claim the ["x" dollars] payment under the proposed class action settlement.

**Will eligible vehicles have any warranty on the Emission Modification?**
Yes. Once the Emission Modification is performed, certain components will have an extended warranty for the greater of 4 years/48,000 miles from the date of installation of the Emission Modification or 10 years/120,000 miles from the initial sale date of the vehicle. This extended warranty remains with the vehicle and is fully transferable to



subsequent owners until expiration.  Where loaner vehicles are available, Dealers are requested to offer loaner vehicles to each Eligible Owner and Eligible Lessee at no cost where extended warranty repairs exceed three hours to complete.

**Can Owners or Lessees be denied coverage under the Extended Warranty for the Emission Modification?**
The Extended Warranty for the Emission Modification may be denied if an eligible vehicle has been altered with the use of any after-market emission-related components, parts, and/or software, or with the removal of any original emission-related components, parts, and/or software, and such alteration(s) are likely to substantially affect the operation of the vehicle with the Emission Modifications, until the owner of such vehicle, at his or her expense, has reversed the alteration(s) such that the Emission Modification will not be substantially affected.





Campaign No. 2020040007, October 2020

TO:      ALL MERCEDES-BENZ and FREIGHTLINER SPRINTER CENTERS

SUBJECT:     **Model 906 (Sprinter)**
                  **Model Year 2013**
                  **Modification to the emissions control system**

Daimler Vans USA, LLC ("DVUSA") and Mercedes-Benz USA, LLC ("MBUSA") are performing an emissions campaign on certain 906 Sprinter vehicles in order to modify to the vehicles' emissions control system. EPA and CARB have approved this emissions modification for these MY13 Sprinter (Model 906) vehicles. An authorized Mercedes-Benz or Freightliner Sprinter dealer will replace certain emissions control system components and update certain software in the affected vehicles at no cost to the owner of the vehicle.

Prior to performing this Emissions Campaign:

- Please check VMI to determine if the vehicle is involved in the emissions modification campaign and if it has been previously repaired. Always Check VMI for any open campaigns, and perform accordingly.
- Please review the entire Emissions Campaign bulletin and follow the repair procedure exactly as described.

Approximately 2,863 vehicles are involved.

Order No. V-RC-2020040007

This bulletin has been created and maintained in accordance with MBUSA-SLP S423QH001, Document and Data Control, and MBUSA-SLP S424HH001, Control of Quality Records.

# Emissions Campaign Work Instruction
## Measure to be performed on a lift

Model: Sprinter

Engine: 6-Cylinder Diesel (OM 642)

Model Year: MY 13

*Campaign Number: 2020040007*
*Campaign Code Word: NC34213NEC*
Damage Code: 07 972 65
### Labor Time:
2.5 hours
Additional x.x hours to perform Emissions Modification
Pre-Inspection



## Scope of Work: [Insert Link /QR-Code for Animated Work Instructions]

Work procedure:

## Read the complete instructions

| | |
|---|---|
| 1 | Replace instrument cluster |
| 2 | Replace NO$_x$ sensor upstream of SCR catalytic converter |
| 3 | Replace SCR catalytic converter |
| 4 | Replace NO$_x$ sensor downstream of SCR catalytic converter |

| | **Risk of injury**. Skin or eye injuries may result when handling hot or glowing objects. | Wear protective gloves, protective clothing and safety glasses, if necessary. | ⚠ Warning |
|---|---|---|---|

**Risk of injury**

Contact with hot or glowing objects without suitable protective clothing causes severe burns to skin and eyes.

When glowing objects come into contact with water, they produce hot steam or cause the water to splash, which can cause serious burns to skin or eyes.

If hot or glowing objects come into contact with unprotected skin or eyes, they can cause serious and even permanent injuries.


There is a risk of fire when glowing objects come into contact with combustible material.

**Safety precautions/instructions**

- Wear protective clothing, safety glasses and heat-resistant gloves.
- Only transport hot or glowing objects with suitable aids.
- Avoid the formation of sparks and contact with combustible material when handling glowing objects.

**First aid measures**

- Treat affected areas of skin with plenty of cold water and cover with sterile dressings.
- Consult a physician immediately.

Risk of accident from vehicle starting off by itself when engine running. Risk of injury (bruises and burns) resulting from working on the engine while it is being started or when it is running.

| | Risk of accident from vehicle starting off by itself when engine running. Risk of injury (bruises and burns) resulting from working on the engine while it is being started or when it is running. | Secure vehicle to prevent it from starting off by itself. Wear closed and snug-fitting work clothes. Do not touch hot or rotating parts. | ⚠ Warning |
|---|---|---|---|

**Potential risks**

**Risk of accident**

Caused by the vehicle starting off by itself during the starting procedure

(e.g. during compression test) **due to engaged gear** or with the engine running and vehicles with automatic transmission **due to selector lever position "P" or**

**"N"** not being engaged (except for vehicles that do not have selector lever position "P").

**Risk of injury**

**Severe injuries** can be caused by freely rotating parts in the area of the running engine.

Because the engine heats up when operating, serious burns can be caused by touching unshielded parts.

**Safety instructions/precautions**

- In general, only work on a running engine when it is absolutely necessary.
- **Apply parking brake** before starting the engine.
- The vehicle is to be secured against moving forwards or backwards.
- The person performing tests on a vehicle with the engine running must sit in the driver's seat to be able to prevent the vehicle from moving.

- It is not permitted for persons to be in the danger zone in front of or behind the vehicle while tests are being performed.
- **Shift the gearshift lever to neutral** on vehicles with manual transmission.
- On vehicles with automatic transmission, move **selector lever into position "P" or "N"** (except for vehicles that do not have selector lever position "P").
- On vehicles that do not have selector lever position "P", the **selector lever** is to be **secured against unauthorized access**.
- Wear closed and snug-fitting work clothes.
- Remove all jewelry such as necklaces, rings, etc.
- Wear suitable head wear to cover long hair.
- Before commencing any work on the running engine, familiarize yourself with the location of potentially hot parts.
- When carrying out work when starting the engine or when the engine is running, **do not touch any hot or rotating parts.**
- Use the exhaust extraction system.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**First aid measures in the event of burns**

- Do not rub the skin areas affected; rinse with plenty of cold water and cover skin with sterile dressings.

- Consult a physician immediately.

| | **Risk of injury**. Moving parts can pinch, crush or, in extreme cases even sever extremities. | No parts of the body or limbs should be within the operating area of mechanical components when moving components. | ⚠ Warning |
|---|---|---|---|

**Risk of injury**

When working on components that can be moved either by hand, by means of electric motors, or hydraulically/pneumatically via a connecting mechanism, serious injuries can occur due to body parts being cut, pinched or crushed.

**Safety instructions/precautions**

• Monitor hazard area.

• Secure the operating area of mechanical components against interference when parts are in motion.

• Never touch the mechanism of a component while it is being actuated by electric motors via the diagnosis or by direct actuation (terminal 30).

• Choose a test cable of sufficient length.

| | **Risk of death** caused by vehicle slipping or toppling off of the lifting platform. | Align vehicle between vehicle lift columns and position the four support plates at the vehicle lift support points specified by the vehicle manufacturer. | ⚠ Danger |
|---|---|---|---|

**Risk of accident and injury**

Ensure that the vehicle is ideally aligned and secured against tilting according to the general safety specifications and regulations.

Non-observance of the safety specifications can cause the vehicle to **slip off** the lift system and thereby result in **life threatening** or **fatal** injuries.


This list of hazards is not complete.

The safety specifications of the respective country are always valid. The user is personally responsible for complying with these.

Risk of burn injuries and scalding when working at AdBlue® lines and the components attached to them. Risk of injury to skin and eyes when handling AdBlue®. Risk of poisoning caused by swallowing AdBlue®

| | **Risk of burn injuries and scalding** when working at AdBlue® lines and the components attached to them. **Risk of injury** to skin and eyes when handling AdBlue®. **Risk of poisoning** caused by swallowing AdBlue® | Pour AdBlue® into suitable containers only. Wait until the pressure is released before starting any work on the exhaust aftertreatment system. | ⚠ Warning |
|---|---|---|---|

**Potential risks**

**Risk of burn injuries and scalding**

The AdBlue® lines and all components attached to them are under pressure during operation and remain so after the engine is switched off and may be hot. There is a risk of burn injuries. There is a risk of scalding caused by escaping hot AdBlue® when the line system is opened.

**Risk of injury**

There is a risk of skin irritation and eye damage on contact with AdBlue®.

**Risk of poisoning**

There is a risk of poisoning if AdBlue® is swallowed.

**Rules of conduct**

- On vehicles with electrical delivery pump, the AdBlue® is pumped from the line back into the AdBlue® tank after the engine is switched off.

- On vehicles with a compressed air system, individual lines are flushed with compressed air after the engine is switched off. The engine must therefore be switched off for at least 5 minutes before work on the exhaust aftertreatment system may begin.

- Open connections and plugs on the system components slowly. Cover the connecting point with rags when opening.

  Only pour AdBlue® into marked containers specially designated for the purpose. Do not pour AdBlue® into drinking containers.

- Wipe up any AdBlue® spills immediately as there is a high risk of someone slipping.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Safety precautions for handling removed parts and working under the vehicle**

- Wear suitable protective gloves
- Wear protective clothing
- Wear safety glasses

**First aid measures**

Contact with skin: Wash the affected skin areas with plenty of clean water. Change wetted clothing as quickly as possible.

Contact with eyes: In the event of contact with eyes, immediately rinse eyes thoroughly with plenty of clear water; contact an eye doctor if necessary.

Ingestion: rinse mouth with clean water and drink large quantities of water. Immediately seek medical assistance.

**Firefighting measures**

AdBlue® is not combustible. $NH_3$ (ammonia) can be released in the event of fire, causing a risk of poisoning. Firefighting measures must therefore be suited to the surroundings.

Risk of burn injuries, suffocation and poisoning when working on the exhaust system and the components connected to it. Risk of suffocation and risk of poisoning caused by inhalation of gaseous and solid components of the exhaust. Risk of poisoning caused by skin contact with solid components of the exhaust.

| | **Risk of burn injuries**, suffocation and poisoning when working on the exhaust system and the components connected to it. Risk of suffocation and risk of poisoning caused by inhalation of gaseous and solid components of the exhaust. **Risk of poisoning** caused by skin contact with solid components of the exhaust. | Wear protective clothing and safety glasses. Use the extraction system. Move people out of the hazard area. | ⚠ Warning |
|---|---|---|---|

**Risk of burn injuries**

The exhaust system and all components connected to it are very hot during operation and remain so after the engine is switched off. Do not touch hot parts.

**Risk of suffocation and poisoning**

Exhaust gases may also cause cancer.

At higher concentrations, irritation of mucous membranes and headaches may occur. Carbon monoxide may cause damage to unborn children.

Avoid inhalation of exhaust gases; wear respiratory protection.

Use the exhaust extraction system.

**Risk of injury**

Risk of injury to the eyes, skin, and respiratory paths due to contact with exhaust residues such as diesel particulates and diesel soot. To prevent skin contact on hands, wear nitrile gloves.

**First aid measures**

**In the event of inhalation:**

Move victim from the hazard area to fresh air without endangering yourself and consult a physician immediately.

**After contact with skin:**

Immediately wash affected areas of the body with plenty of soap and water. Employees who have experienced skin contact must consult a physician immediately.

**After contact with eyes:**

Rinse eyes thoroughly with running water for at least ten minutes with the eyelids wide open and contact an eye doctor immediately.

Risk of explosion from explosive gas. Risk of poisoning and caustic burns from swallowing battery electrolyte. Risk of injury through burns to skin and eyes from battery acid or when handling damaged lead-acid batteries

| | Risk of explosion from explosive gas. Risk of poisoning and caustic burns from swallowing battery electrolyte. Risk of injury through burns to skin and eyes from battery acid or when handling damaged lead-acid batteries | No fires, sparks, open flames or smoking. Wear acid-resistant gloves, clothing and glasses. Only pour battery acid into suitable and appropriately marked containers. | ⚠ Danger |
|---|---|---|---|

### Potential risks

### Risk of explosion

When charging lead batteries with battery electrolyte containing sulfuric acid, a highly explosive oxyhydrogen gas mixture is created that ignites by means of fire, sparks, open flames and smoking.

### Risk of injury

The battery electrolyte contains diluted sulfuric acid that causes caustic burns to the skin, eyes and mucous membranes in the event of contact. Bonded electrolyte is just as caustic as liquid electrolyte. Battery electrolyte mist causes caustic burns to the eyes. If inhaled, this can result in caustic burns to the mucous membranes and respiratory paths. In the event of a short circuit from the battery positive to ground, battery terminals and conductive objects causing short circuit, e.g. tool or jewelry (watch band or ring), become hot in seconds and red hot/liquid metal sprays are released.

### Risk of burn injuries

In the event of a short circuit from the battery positive to ground, battery terminals and conductive objects causing short circuit, e.g. tool or jewelry (watch band or ring), become hot in seconds and cause burns.

### Risk of poisoning

**If battery electrolyte is swallowed**, this can result in symptoms of poisoning such as headache, dizziness, stomach ache, respiratory paralysis, unconsciousness, vomiting, caustic burns and cramps. Absorption of lead in the body through contact with leaded components (battery terminals, lead plates in damaged batteries) damages the blood, nerves and kidneys; lead compounds are also toxic for reproduction.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Safety precautions/instructions

- Wear acid-resistant gloves and clothing and safety glasses with side guards.
- Only charge lead batteries in well ventilated rooms with appropriate voltage and appropriate current with approved chargers, taking into account the instructions of the battery and battery charger manufacturers.
- No fire, sparks, open flames and smoking.
- Switch on the battery charger only after connecting to the terminals; switch off the battery charger before disconnecting from the terminals.
- Do not place any conductive objects on the battery and do not wear any conductive jewelry (risk of short circuit).
- Always disconnect the negative terminal first; always connect the positive terminal first (risk of short circuit caused by tool).
- Strict caution is required when handling damaged batteries (removing from vehicle damaged in accident) because of the sharp edges on the fractured housing and escaped electrolyte.
- Keep batteries and battery electrolyte away from unauthorized persons (especially children).

- Only fill liquid battery electrolyte into suitable and appropriately marked containers.
- Only store, transport and install batteries with liquid battery electrolyte horizontally, otherwise battery electrolyte can escape from the degassing holes.
- Ensure that at least one degassing hole at the battery is not sealed, as otherwise overpressure builds that leads to bursting of the battery.
- Ensure proper connection of the degassing line to the degassing hole.
- Ensure the degassing line does not have any kinks and is not blocked at any point.
- Observe the instructions for use for the respective lead batteries and the operator's manual of the vehicle.
- The battery housing may become brittle over time, therefore do not expose the battery to direct sunlight.
- Discharged batteries may freeze and are thereby damaged, therefore always store batteries at a location protected against frost.

Risk of explosion from explosive gas. Risk of poisoning and caustic burns from swallowing battery electrolyte. Risk of injury through burns to skin and eyes from battery acid or when handling damaged lead-acid batteries

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**First aid measures**

**Contact with eyes**
- Rinse eyes immediately with plenty of water.

**Contact with skin**
- Remove wet clothing.
- Immediately neutralize battery electrolyte on the skin or clothing with acid neutralizer or soapy water and rinse off with plenty of water.
- Wash off lead on the skin immediately with water and soap.

**Inhalation of battery electrolyte mist**
- Take the affected person out into the fresh air.

**Swallowing battery electrolyte**
- Have the person affected drink plenty of water with activated charcoal supplement.

**As a general rule, the person affected should consult a medical service or physician after first aid has been rendered.**

**Fire protection measures**

Suitable extinguishing agents
- CO2 and dry extinguishing agent



*Warning notes for lead batteries with battery electrolyte containing sulfuric acid*

| | | | |
|---|---|---|---|
| 1 | No fire, sparks, open flames or smoking | 4 | Risk of caustic burns |
| 2 | Risk of explosion | 5 | Wear eye protection |
| 3 | Observe operating instructions | | |

6   Keep away from children
7   First aid

| | Risk of injury caused by contact with battery gel when handling damaged lead-gelbatteries | No fires, sparks, open flames or smoking. Wear acid-resistant gloves, clothing and glasses. | ⚠ Warning |
|---|---|---|---|

## Potential risks

### Risk of poisoning

**Swallowing battery gel** can cause symptoms of poisoning such as headaches, dizziness, stomach aches, respiratory paralysis, unconsciousness, vomiting, caustic burns and cramps.

**The absorption of lead in the body** can cause damage to blood, nerves and kidneys; in addition, lead compounds are considered to represent a reproductive hazard.

### Risk of injury

**The bonded electrolyte set free** is just as caustic as a liquid electrolyte that can cause heavy caustic burns to skin and eyes. Strict caution is required when handling damaged lead-gel batteries (e.g. removing from vehicle damaged in accident) because of the sharp edges on the fractured housing and direct contact with the lead plates.

### Safety precautions and rules of conduct

- No fires, sparks, open flames or smoking.

- Do not place any tool or other conductive object on the lead-gel battery (risk of short circuit!).
- Disconnect and remove lead-gel batteries for charging.
- Always **disconnect the negative terminal first** and always **connect the positive terminal first** .
- Only switch on the battery charger after connecting to the terminals and switch off before disconnecting.
- Keep lead-gel batteries away from unauthorized persons (especially children).
- Pay attention to instructions for use of the particular lead-gel battery and the operator's manual for the vehicle.
- Wear acid-resistant clothing and safety glasses with side guards.
- Only pour acid gel into suitable and appropriately marked containers.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## First aid measures

### Contact with eyes

- Rinse out eyes immediately with plenty of water.

### Contact with skin

- Remove moistened clothing.
- Immediately neutralize drops of acid or gel on skin or clothing with acid neutralizer or soapy water and rinse off with plenty of water.

### Swallowing battery gel

- Have the person affected drink plenty of water supplemented with activated charcoal.

**After performing first aid, always consult medical service or a physician.**

### Fire protection measures

### Suitable extinguishing agents

- $CO_2$ and dry extinguishing agent

| | Notes on avoiding damage through contamination and foreign objects | | Topical note |
|---|---|---|---|

**Information on affected component parts**

With each maintenance and repair work to the engine as well as to the ancillary assemblies and detachable parts comes the danger of property damage caused by contamination and foreign bodies.

Particularly at risk are:

- Exhaust gas turbocharger
- Hot film mass air flow sensor
- Compressor
- Emission control system
- All components involved in gas exchange

**Notes on removal/installation**

Openings through which soiling or foreign objects are introduced into the engine, its ancillaries or detachable parts, must be sealed immediately.

For this purpose, suitable, clean covers and plugs or clean, lint-free rags are to be used.



Do not forget to remove all covers, plugs or rags when assembling or when finalizing the work.

This avoids any damage and complaints about engine running characteristics.



Before assembling or finalization work all components

are to be checked for soiling, left-over foreign objects and any fluids, and if any are found they are to be removed.

**Information on cleaning**

For cleaning, use only clean tools and clean, lint-free rags.

Residues of cleaning agents and removed contaminants must be cleared from the engine, ancillary assemblies and detachable parts.



Do **not** use compressed air for removing any soiling. Otherwise, components (e.g. the hot-wire element of the hot film mass air flow sensor) could be damaged or contamination could enter the engine, ancillary assemblies and detachable parts without being noticed.

| | Notes on use, material properties and handling of AdBlue® | | Topical note |
|---|---|---|---|

## Tasks of AdBlue®

AdBlue® serves to convert nitrogen oxides into water vapor and nitrogen.

## Chemical characterization and composition of AdBlue®

The urea content is 32.5%. AdBlue® consists of urea dissolved in demineralized water. AdBlue® is not an additive.

Chemical formula: $H_2N\text{-}CO\text{-}NH_2$

Molecular weight (urea): 60.06 g/mol

CAS (Chemical Abstracts Service) no.: 57-13-6

## Marking

AdBlue® dispensers are marked with the standard designation ISO 22241 or with the trade designations AdBlue® or Diesel Exhaust Fluid (DEF).

## Transport

In vehicles with BlueTEC technology, AdBlue® is carried in a tank.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Physical and chemical properties of AdBlue®

State: Liquid

Color: Colorless, clear, light-yellow

Odor: Slight ammonia odor

pH value: 10 (aqueous solution, 10 %)

Crystallization temperature: −11 °C / 12 °F

Boiling point: 103 °C / 217 °F

Auto-ignition temperature: Not spontaneously inflammable

Density: approx. 1.09 g/cm$^3$ at 20 °C / 68 °F

Viscosity (dynamic): approx. 1.4 mPa*s at 25 °C / 77 °F

## Handling contaminated operating fluids

It is essential that AdBlue® be kept separate from other operating fluids, fuels and lubricants such as coolant,

engine oil, transmission oil, fuel, hydraulic fluid and brake fluid and not used in the same containers and collecting bowls. The smallest amounts of AdBlue® can damage thermostats or temperature sensors.

Operating fluids which contain traces of AdBlue® must not be used again.

## Handling contaminated AdBlue®

AdBlue® must be checked as per the repair instructions before every fill. Individual components of the exhaust aftertreatment system already react very sensitively with even the smallest traces of contaminants in AdBlue®. When handling AdBlue® it is important, therefore, to always use clean containers and collecting bowls which are only reserved for this purpose. Contaminated AdBlue® must not be used again.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Handling contaminated materials

It is essential that AdBlue® does not come into contact with materials used in the interior of the vehicle. AdBlue® exposed to air passes within just a few hours from a liquid state into the crystalline state and can therefore damage and destroy contaminated surfaces.

Textiles, e.g. the reversible mat in the luggage compartment, which have been fouled with AdBlue® should be alternately cleaned and then rinsed with water several times.

It must be ensured that there are no further traces of AdBlue® in the textiles.

## Handling contaminated tools

All tools coming into contact with AdBlue® must be thoroughly cleaned with water immediately after use!

Only fully dried measuring instruments and filling tools should be used so as not to dilute the AdBlue® concentration.

## Protecting components when working with AdBlue®

AdBlue® leads to corrosion on electronic components and strong fouling on all other materials. It is therefore necessary to cover up all components in the vicinity over the whole surface with plastic foil when working in circumstances where AdBlue® could leak out.

## Storage and packaging

Storage at temperatures between 0°C/32°F and 25°C/77°F should be ensured in order to avoid crystallization occurring

in AdBlue®. To avoid deterioration in quality due to contamination, AdBlue® must only be handled in storage and filling systems intended exclusively for AdBlue®. Suitable container materials are alloyed steel, various plastics and plastic coatings in metal containers.

Not to be used are unalloyed steel, aluminum, copper, copper-containing alloys and zinc-dipped steel.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Service life and durability**

AdBlue® breaks downs during storage into ammonium hydroxide and carbon dioxide and then no longer fulfills the requirements of standard ISO 22241.

If the recommended storage temperature of a maximum of 25°C/77°F is maintained, the AdBlue® will fulfill the requirements of this standard for at least 18 months after manufacture. If this recommended storage temperature is exceeded then this period is reduced. Duration of storage and the temperatures to be used are given as guideline values at the end of the document. At temperatures below -11°C/12 °F, the AdBlue® freezes and becomes solid.

On warming up again the frozen AdBlue® becomes liquid again and can be reused without any loss of quality.

The maximum permissible service life of AdBlue® can be taken from the **MB Specifications for Operating Fluids**.

**Disposal and degradability**

Disposal of AdBlue®:

When disposing of AdBlue® the legal requirements of the country in which the AdBlue® is used must be observed.

Contaminated packaging/materials:

Packaging which contains residues of AdBlue® is to be handled like the substance itself. Packaging should emptied as well as possible; it can then be reused after appropriate cleaning with water.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Constant ambient conditions**

Storage temperature in °C/°F - Durability in months

≤10 / 50 - 36

≤25 / 77 - 18

≤30 / 86 - 12

≤35 / 95 - 6

>35 / 95 - --

| | Information on preventing damage to electronic components due to electrostatic discharge | | Topical note |
|---|---|---|---|
| | | | |

## Electrostatic charge

Every contact and every physical separation of materials or every movement of solids, liquids or charged particle-containing gases can generate electrostatic charge. Plastics generally produce the highest electrostatic charge.

We come across electrostatic charge or discharge in lots of everyday situations, e.g. with:

- Combs
- Walking on carpets or plastic floors
- Putting on and taking off textiles with synthetic fiber content
- Disembarking from the vehicle
- Contact between various electrostatically chargeable packaging materials in shelves or in the transport container

The resulting electrostatic discharge (**E**lectro**s**tatic **D**ischarge (ESD)) can be so strong that a small electric shock is detected. Even the smallest discharges which people cannot detect can cause lasting damage to electronic components and control units.

## Effects and consequences of ESD

Electronic components and control units are very sensitive to ESD. The damage is often not immediately obvious, but becomes apparent some time later. In order to avoid failures and damage due to ESD in vehicle electronics, various procedures and safety precautions must be taken into account and followed.

Risk of damage arises during the transportation, handling, testing, removal and installation of electronic components during production and repair work.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The following electronic components listed as an example can be damaged by ESD:

- Airbag components
- Control units, in particular their bus connections
  Controller Area Network (data bus/CAN bus) (CAN),
  Local Interconnect Network (LIN) etc.
- Sensors
- Mechatronic component parts (actuators etc.)
- Antenna amplifier
- Receivers and displays (Radio, TV, GPS, telephone etc.)

## Modes of behavior and safety precautions

- Electrostatic discharge of the technician (e.g. by briefly touching the vehicle body).
- Suitable clothing, e.g. made of cotton.
- Wear ESD safety shoes with conductive soles.
- Keep workplace clean and clear away unnecessary objects such as conventional plastics.
- Special antistatic seat cushion protectors should be used when performing repair work inside a vehicle.
- Leave replacement parts in the original packing for as long as possible, do not tear open seals but cut them open carefully.
- The ESD workplace must conform to the ESD guidelines.

- The operation-specific documentation in the WIS must be observed and the specified special tools and/or workshop equipment must be used in each case.
- Before unpacking, discharge ESD protective packaging at the ESD workplace.
- Avoid any contact with electrostatic chargeable materials such as, e.g. polyethylene, PVC, styrofoam.
- Use only original packaging or specially labeled and defined packaging and transport materials.
- Electronic components which have been removed must be put down on an ESD workplace.
- Electrical connectors on electronic component parts and in the wiring harness should be touched by their housing only. Do not touch pins or contacts!
- Electronic components must be installed before they are connected so that potential equalization with the body can take place.
- Shelves and worktables must stand directly on the floor, there must not be any insulating materials between the base of the shelves/feet and the floor. If the above mentioned insulators cannot be removed, the shelves and work tables must be grounded (e.g. low-resistance electrical connection/line from metal shelf to a coolant pipe).
- Do not put down conductive containers/crates when insulated,
  (e.g. on a wooden pallet), as otherwise potential equalization will not take place.

- Do not place control units and electronic components removed from the vehicle on electrostatically chargeable materials, such as PE, PVC, styrofoam. The electrostatic charge is transferred to the control unit or electronic component. An ESD service kit or a connected ESD table mat must be used.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Training**

It is strongly recommended that every company has an ESD officer trained in accordance with DIN EN 61340-5-1.

The ESD officer can carry out staff training courses.

The aim of the training measures is to communicate the main problems and effects of ESD to staff:

- Discharge generation

- Reasoning for safety precautions

- Effects and consequences of ESD

- ESD rules of conduct and safety precautions

**Return of electronic components in warranty and goodwill cases**

When returning electronic components it is absolutely essential to observe the procedure and safety precautions listed. The original fault may be falsified or hidden by electrostatic charge/discharge.

This can lead to distorted fault symptoms in the case of the fault analysis of the component concerned.

| | Notes on carrying out repair work in the vehicle interior | | Topical note |
|---|---|---|---|

**In order to prevent soiling or damage, the following information must be observed:**

- Before starting repairs in the vehicle interior, the corresponding protective covers must be provided in the repair area for the floor coverings, seats, steering wheel, etc. to prevent them from becoming dirty.

- Persons performing work in the vehicle interior should ensure they have clean work clothes, clean shows and clean hands.

- When removing bulky or difficult to handle parts (e.g. bench seat, roof lining, instrument panel etc.), always work with aid of at least a second person.

- Do not use dirty or unapproved tools. This prevents any, e.g. scratching or crazing of interior parts etc.

- Always place removed interior parts on a clean and soft surface.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Further information:**

- Repair or replace damaged interior parts (particularly mounts such as retaining clips, Velcro fasteners etc.).

- When installing interior parts at the intended locations, install insulation material and/or protective foils, or, replace insulation material/protective foils as required in order to dampen vibrations and noise.

- Many equipment parts in the area of the vehicle interior have been installed or made specifically to the customer's request, and cannot be replaced easily if damaged or soiled; for this reason, utmost care must be ensured when carrying out operations in the vehicle interior.

- Remove any dirt present with cleaners approved by Daimler and suitable for corresponding surfaces. When doing so, where possible, the compatibility of the cleaning agent should be tested at a concealed area of the part to be cleaned.

**Preparatory activities**

1      Switch off the
ignition.

2      Disconnect Geotab,
Omni Track,
Navigation or any
aftermarket devices
that are connected to
the X11/4 diagnostic
socket.

3      Open the hood.



4      Connect the battery charger as indicated.



**A sufficient power supply to the vehicle
on-board system must be ensured
throughout the entire work procedure.**

**Otherwise any undervoltage that
occurs may damage the control units.**


Do not connect the battery charger to the
auxiliary battery in the engine
compartment.

i

Follow the operating instructions for the
battery charger. Use a Mercedes-Benz
recommended battery charger to ensure
an adequate voltage supply (min. 12.5 V)
is provided for the on-board electrical
system battery.



5    Connect the diagnostic system. Make sure that the OBD2 connection cable is connected directly to the factory X11 / 4 diagnostic socket and not via an adapter cable.

6    Switch on the ignition.


The diagnostic system remains connected to the vehicle throughout the work procedure! Do not disconnect the diagnostic system's online connection.

7    Start the diagnostic system.

8    Run XENTRY and perform Quick test and transmit to paperless pXD.


Faults stored in the memory, caused by disconnected lines during the inspections, must be deleted from the fault memory after completing the work.


The procedure via the diagnostic system is shown on the following pages.

9    Perform Emissions Modification Pre-Inspection.





















# Emissions Modification Pre-Inspection



*Approved Emissions Modification

10    Perform Initial startup of the instrument cluster (1).

    [i]

The operation steps must be performed exactly as per the diagnostic system.

To do this, select the following menu items: KI Instrument cluster

→ Initial startup → Initial startup with automatic takeover of settings of previous control unit.

    [i]

The procedure via the diagnostic system is shown on the following pages.









**Removal**



11    Using the steering column adjustment,
      lower the steering wheel to its lowest
      possible setting.

12    Insert the plastic wedge (K1)
      between the top of the instrument
      cluster (1) and the dashboard (6), as
      shown.

13    Swivel the top of the instrument cluster
      (1) towards the steering wheel.

14    Hold the instrument cluster (1) at the
      top, carefully swivel out upwards at the
      dashboard and move it out until the
      electrical plug connection (7) becomes
      accessible.

      Swivel out the instrument cluster (1)
      carefully.
      Otherwise damage could occur.

15    Disconnect the electrical connection
      (7) and remove the instrument cluster
      (1).

      ⓘ
      Return the instrument cluster (1) to the
      originating parts department.



return

**Installation**



16    Put the new instrument cluster (1) in
      position and connect the electrical
      plug connection (7).

      [i]
      **A 906 900 81 03 (mph)**

17    Carefully insert the instrument cluster
      (1) into the dashboard (6).

      (!)
      Insert the instrument cluster (1)
      carefully.
      Otherwise damage could occur.

18    Complete the Initial startup of the
      instrument cluster (1).

      [i]
      The operation steps must be
      performed exactly as per the
      diagnostic system.

19    Move the steering wheel back to its
      original position.







20      End the XENTRY session. (DAS)



21      Switch off the ignition.

22      Disconnect the diagnostic system.

23      Disconnect battery charger.



24    Unlock the closing levers (8,11) by pulling and disconnect the electrical plug connections (9, 10) on the control unit CDI (2).

25    Connect the electrical plug connections (9, 10) on the control unit CDI (2) and lock the closing levers (8, 11).

**Removal of the old components**

26    Raise the vehicle.

[i]

A description of the lift points follows on the next pages.

**Raise the vehicle on the hydraulic lift**

ℹ️
Read the operating instructions for the hydraulic lift.

***Lift mounting points on the vehicle
in the area of the front axle***

| | |
|---|---|
| *01* | *spring clamp plate* |
| *02* | *longitudinal member* |
| *08* | *bracket* |
| *011* | *arm of hydraulic lift* |
| *012* | *support plate* |
| *013* | *long support plate* |
| *017* | *support drift* |





***Lift mounting points on the vehicle in the area of the rear axle***

| | | | | | |
|---|---|---|---|---|---|
| *03* | *front rear spring bracket* | *07* | *crossmember* | *014* | *v-block* |
| *04* | *longitudinal member* | *011* | *arm of hydraulic lift* | *016* | *prop* |
| *06* | *front rear spring bracket* | *013* | *long support plate* | | |

| Picture reference | Pick-up point | Information |
|---|---|---|
| 03 | Support at rear to front rear spring bracket. | |
| 04 | Rear support at longitudinal member. | - If possible, always support at rear Install at longitudinal member (4). |
| 06 | Install on front rear spring bracket. | |
| 012 | Support plate. | - For front support to spring clamp plate (1). Unscrew support plate (012) at right and left an equal distance.<br><br>- In vehicles with vehicle lift support point at integral carrier (5). |
| 013 | Long support plate. | - For front support at longitudinal member (2) and support at front rear spring bracket (6). Can be used alternatively to front support to spring clamp plate (1). Pull out long support plates (013) at right and left an equal distance.<br><br>- In vehicles without a vehicle lift support point at the integral carrier (5) in the vicinity of the inner mounts of the semi-trailing arms. |
| 014 | V-block | - For rear support at front rear spring bracket (3) and rear support at longitudinal member (4). Pull v-block (014) at right and left rear out an equal distance. |
| 016 | Ram | - Vehicles with heavy bodies and panel vans/crewbuses with a long wheelbase at the crossmember (7) should be supported with a prop (016). |
| 017 | Support drift | - With soundproofing Ensure that support drift (017) does not make contact with bracket (8) of rear soundproofing. If necessary, loosen bracket (8), push towards the front as far as possible and retighten it. Otherwise the brackets (8) of the rear soundproofing and the longitudinal members may be damaged.<br><br>- For front support to longitudinal member (2). Unscrew support drift (017) at right and left an equal distance. |

**Secure vehicle on lift.**

⚠️

**Heavily loaded vehicles, vehicles with a heavy body and vehicles with unfavorable load distribution must generally be secured.**

**Otherwise these may fall.**

27  Spray penetrating oil on the threads of the NO$_X$ sensor upstream of SCR catalytic converter (3), clamp (16), clamp (21), thread of the exhaust gas temperature sensor (12) and clamp (15), as shown.

**Exhaust system should be cold in order to carry out the next steps.**

**This avoids injuries.**

**Observe the wait period and details provided by the manufacturer of the penetrating oil!**



28  The NO$_x$ sensor harness downstream stream of the SCR catalytic converter (5) should be cut for ease of removal and to ensure it is not reused.

The NO$_x$ sensor downstream of the SCR catalytic converter (5) is to remain in the SCR catalytic converter and to be **returned** together.



29    Loosen the clamp (15) at tailpipe (13) connection.

30    Remove tailpipe (13).

ℹ️
To do so, remove tailpipe (13) from decoupling element (arrow).

31    Remove and dispose the clamp (15).

ℹ️
Observe state-specific regulations for disposal.



32    Remove exhaust gas temperature sensor (12) upstream of the SCR catalytic converter.


This is done by unscrewing the union nut on the exhaust gas temperature sensor (12) in a counter-clockwise direction. Position the exhaust gas temperature sensor (12) outside the working area.





33    Remove the screw on the clamp (16) of the AdBlue® injection nozzle (17).

34    Remove and dispose clamp (16) at injection nozzle with a suitable tool and position the AdBlue® injection nozzle (17) outside the working area.

    ⓘ

    Observe state-specific regulations for disposal.

35    Remove and dispose the profile seal (18) on the AdBlue® injection nozzle (17).

    ⓘ

    Observe state-specific regulations for disposal.



 

36 Remove and dispose the spring washer (14) on the holding bracket of the SCR catalytic converter (4).

ℹ️ This is done by bending up the individual locking fins with a screwdriver.

ℹ️ Observe state-specific regulations for disposal.

37 Loosen the clamp (21) between the flex pipe and the SCR catalytic converter (4).

38 Remove the SCR catalytic converter (4).

ℹ️ To do this, remove the SCR catalytic converter (4) from the decoupling elements (20).

ℹ️ Return the SCR catalytic converter (4) to the originating parts department.



39 Remove and dispose the clamp (21).

ℹ️ Observe state-specific regulations for disposal.

 



40 Disconnect the electrical plug connection (24) NO$_x$ sensor control unit upstream of the SCR catalytic converter (23).

ℹ️ To do this, unlock the gray retaining tab (24.1) by moving towards the cable harness.

41     Remove the NO$_X$ sensor control unit upstream of the SCR catalytic converter (23) from the frame.

[i] To do this, remove and dispose nuts (23.1).

42     Remove and dispose the remaining zip ties and retaining clips (arrows) from harness (22) of the NO$_X$ sensor control unit upstream of the SCR catalytic converter (23).

43     Remove and dispose NO$_X$ sensor upstream of SCR catalytic converter (3).

[i] The control unit for the NO$_x$ sensor and the NO$_X$ sensor upstream of the SCR catalytic converter (3) are a single unit.

[i] Observe state-specific regulations for disposal.

44     Clean the threads and the contact surfaces on the exhaust pipe.



45     Remove the heat shield (25).

[i] This is done by bending up the individual locking fins with a screwdriver and unscrew the clamping nuts (26) in a counter-clockwise direction with a screwdriver.

46     Dispose the clamping nuts (26).

[i] Observe state-specific regulations for disposal.





47      Disconnect the electrical plug connection (30) at the downstream $NO_X$ sensor control unit (27).

           **ⓘ**
To do this unlock the gray retaining tab (29) by moving in the direction of the arrow.

48      Remove and dispose the downstream $NO_X$ sensor control unit (27).

           **ⓘ**

To do this, remove and dispose the nut fasteners (28) and retaining clips (31).

           **ⓘ**

Observe state-specific regulations for disposal.

**Installation**

ℹ️
Completely remove the adhesive labels that are on the new exhaust system and its components and leave no residue.







49 Install new NO$_X$ sensor upstream of SCR catalytic converter (3).

ℹ️
NO$_X$ sensor upstream of SCR catalytic converter: Torque to **60 Nm / 44.3 ft·lb**

**A 000 905 85 11 80** (included in package A 642 905 20 00 85)

50 Install the NO$_X$ sensor control unit upstream of the SCR catalytic converter (23) on the frame.

ℹ️
Use new fasteners (23.1). NO$_X$ sensor control unit: Torque to **9 Nm / 6.6 ft·lb**
**N 000000 003477**

51 Connect the electrical plug connection (24) and lock the retaining tab (24.1).

ℹ️
Push the gray retaining tab (24.1) in the direction of the arrow to lock.

52 Secure the harness (22) with a cable ties (arrows), as shown.

ℹ️
**A 002 997 24 90 64 (1x)**
**A 007 997 56 90 (2x)**

53    Install a new profile seal (18) on the AdBlue® injection nozzle (17).

ℹ️ Clean the sealing surface of the AdBlue® injection nozzle (17) before installation. If excess crystallization of AdBlue® is present, use water and a non-abrasive cloth to clean the AdBlue® injection nozzle (17).

ℹ️ **A 207 492 00 00**





54    Position the new clamp (21) on the exhaust pipe.

ℹ️ **A 000 490 13 41**

55    Install new SCR catalytic converter (4).

ℹ️ Make sure that the SCR catalytic converter is correctly seated in the decoupling elements (20).

ℹ️ **A 906 490 08 83 80**

56    Tighten the new clamp (21).

ℹ️ Screw connection point needs to be pointed downward.

Clamp diesel particle filter on SCR catalytic converter: Torque to **35 Nm / 25.8 ft·lb**

57    Install new spring nut (14) on the holding bracket of SCR catalytic converter (4).

ℹ️ **A 123 994 13 45**




58    Install the AdBlue® injection nozzle (17).

ℹ️

Position the new profile clamp (16) on the SCR catalytic converter (4) first.

ℹ️
**A 000 995 11 33**

59    Install the screw on the new profile clamp (16) on the AdBlue® injection nozzle (17).

ℹ️

Screw: Torque to **5 Nm / 3.7 ft·lb**



60    Install the exhaust gas temperature sensor (12) upstream of the SCR catalytic converter.

ℹ️

Apply nickel anti-seize paste to threads only. Avoid contact to the sensor.
**A 000 989 76 51** (bulk paste; can be applied to multiple vans)

ℹ️

Temperature sensor: Torque to **45 Nm / 33.2 ft·lb**




61      Install new NO$_x$ sensor control unit downstream of the SCR catalytic converter (4).

🖫 Do not route the harness (32) under tension.
Otherwise damage could occur.

ⓘ Use new nut fasteners (28). NO$_x$ sensor control unit: Torque to **9 Nm / 6.6 ft·lb**
**N 000000 003477**

ⓘ **A 000 905 85 11 80** (included in package A 642 905 20 00 85)

62      Connect the electrical plug connection (30) and lock the retaining tab (29).

ⓘ Push the gray retaining tab (29) in the direction of the arrow to lock.

63      Install the new NO$_x$ sensor downstream of the SCR catalytic converter (5) on the new SCR catalytic converter.

ⓘ NO$_x$ sensor downstream of catalytic converter: Torque to **60 Nm / 44.3 ft·lb**



64      Tie back excess length of the harness (32) in a loop. Secure harness (32) with retaining clips (31).

ⓘ A 002 997 24 90 64 (2x)

65    Install the heat shield (25).

     [i]
To do this, place the new clamping nuts (26) centrally on the pin, as shown, and slide up to the stop using a socket wrench.

     [i]
**A 000 994 32 11**



66    Install the new mounting tab (34) on the heat shield (25).

     [i]

     **A 220 546 18 43**

67    Clip the harness (32) into the mounting tab (34).

     (!)
Do not kink the harness (32) and make sure it is not routed so as to be abraded.
This prevents damage.

     (!)
The harness (32) must not touch heat shield (25).
This prevents damage.

     [i]
The layout schematic of the harness (32) has changed on account of the changed position of the $NO_x$ sensor downstream of the SCR catalytic converter (4).



68      Postion new clamp (15) on the
SCR catalytic converter (4).



**A 906 995 02 02**



69      Install the tailpipe (13) of the
exhaust system.

70      Align tailpipe (13) and tighten the
new clamp (15).



Ensure adequate clearance of the
tailpipe to the frame in the area of
the rear decoupling element.



Clamp main muffler on endpipe:
Torque to **23 Nm / 17 ft·lb**

71      Lower the vehicle.

### Execution of the special procedure

72      Connect the battery
charger as
indicated.



**A sufficient power
supply to the vehicle
on-board system
must be ensured
throughout the
entire work
procedure.**

**Otherwise any
undervoltage that
occurs may damage
the control units.**



Do not connect the
battery charger to
the auxiliary battery
in the engine
compartment.



Follow the operating

instructions for the battery charger.



Use a Mercedes-Benz recommended battery
charger to ensure an adequate voltage supply
(min. 12.5 V) is provided for the on-board
electrical system battery.





73      Connect the diagnostic system.

ℹ

The diagnostic system remains connected to the vehicle
throughout the work procedure!
Do not disconnect the diagnostic system's online connection.

74      Switch on the ignition.

75      Start the diagnostic system.

76  Run XENTRY and start special procedure of
    customer service measure.

    [i]
    To do this, select the following menu
    items: Control units → Drive → CDI60 →
    Special procedure → Service measure
    "Exhaust gas after-treatment"

    [i]
    The process starts automatically after
    starting the special procedure.
    The operation steps must be
    performed exactly as per the diagnostic
    system.

    If a fault arises during the special procedure, you
    need to repeat the procedure. If the fault
    persists, you need to create a PTSS case or
    XSF-Ticket including
    • Initial Quick test
    • Current Quick test
    • Control unit log
    • Result of the "Service measure status check"
    • Support Package

A result report is displayed at the end of the special
procedure. This must indicate "OK" for all items.
Otherwise, the procedure must be repeated. The
vehicle can only be returned to the customer after
successfully completing the special procedure. You
can check the success of the special procedure using
the menu item "Service measure status check".

[i]
Parts of the procedure via the diagnostic system
are shown on the following pages.



















































77

Complete the information on the APPROVED EMISSION MODIFICATION LABEL and attach it to the hood near the hood lock.

👉

**The attachment areas must be entirely free from dust and grease.**

**Otherwise, adequate adhesion cannot be ensured.**

ℹ️

Fill in Emission Modification Program No., your dealer code, the date of the repair and mark the components that have been installed or modified. Use a black permanent marker (0.8 mm).

ℹ️
**A 000 584 93 13**

ℹ️

Failure to comply may result in dealer debit and/or possible fines.






First

ℹ️

If the process was terminated incorrectly, repeat the process. If the fault persists, create a PTSS case.













78    Perform a final quick test and transmit to
      paperless pXD.

      ℹ️

      Faults stored in the memory, caused by
      disconnected lines during the inspections, must
      be deleted from the fault memory after
      completing the work.

      ℹ️

      The procedure via the diagnostic system is
      shown on the following pages.

      ℹ️

      If faults are current and stored in the updated control modules they need
      to be addressed. If technical hardships occur create a PTSS case.









79    End the XENTRY session and
      disconnect the diagnostic
      system. (DAS)



80      Switch off the ignition.

81      Disconnect the battery charger.

82      Close the hood.

83      Connect any aftermarket devices that
        were connected to the X11/4
        diagnostic socket before.

**Replacement parts NC34213NEC USA**

| Part No. | Designation | Quantity |
|---|---|---|
| A XXX XXX XX XX | Emissions Campaign Package | 1 |
| A 906 490 08 83 80 | SCR catalytic converter | 1 |

ℹ️
You only have to order the service measure package, all
items listed below are already included and **do not** have to be
ordered separately.

**Emissions Campaign Package (A XXX XXX XX XX) includes:**

| Part No. | Designation | Quantity |
|---|---|---|
| A 642 905 20 00 85 | NO$_X$ Sensor package | 1 |
| A 906 900 81 03 | Instrument Cluster (mph) | 1 |
| A 906 995 02 02 | Pipe Clamp | 1 |
| A 000 995 11 33 | Profile Clamp | 1 |
| A 000 490 13 41 | Clamp SCR/DPF | 1 |
| A 220 546 18 43 | Mounting Tab | 1 |
| A 123 994 13 45 | Spring Nut | 1 |
| A 000 994 32 11 | Lock Pin | 3 |
| A 007 997 56 90 | Cable Tie (with holding clip) | 3 |
| A 002 997 24 90 64 | Cable Tie | 4 |
| N 000000 003477 | Nut Fastener | 4 |
| A 207 492 00 00 | Profile Seal | 1 |
| A 000 584 93 13 | APPROVED EMISSION MODIFICATION LABEL | 1 |

| TO: Mercedes-Benz Dealer Principals, General Managers, Sales Managers, Service Managers, Parts Managers | FROM: Gregory Gunther, Department Manager, Vehicle Compliance and Analysis, Engineering Services |
|---|---|
| RE: **Emission Modification Notification – [[2020050005]] GLK BlueTEC 4MATIC Update – Emission Modification Category (EMC) #9** <br> MY 14–15 GLK250 BlueTEC 4MATIC (X204) vehicles | DATE: [[Month XX, 2020]] |

**IMPORTANT EMISSION MODIFICATION NOTIFICATION**

**<u>Attention Dealership Management</u>**

- Please ensure that every dealership associate is aware of this Emission Modification notification, and that customer-facing associates provide transparent information to Customers.
- Refer to VMI in NetStar to determine which units in your inventory are affected by this Emission Modification. This notification hereby instructs **Dealers not to sell or cause to be sold, or lease or cause to be leased, or introduce into commerce, or export** from the United States to another country, any vehicle covered by this notification, unless it has received the Approved Emission Modification described in this notification. **Failure to adhere to these instructions may result in possible penalties or fines.**
- Run a VMI check on all vehicles brought into your Service Department to determine if they are affected by any service campaign or recall and perform accordingly.
- Always act with the principles of Customer Experience in mind.
- Refer to the work instructions and ensure each step in the defined process is followed exactly as described. Steps such as affixing the vehicle label and correctly filling out the vehicle label must be adhered to. **Failure to adhere to these instructions may result in possible penalties or fines.**
- Ensure your warranty administrator submits warranty claims for this Emission Modification in a timely manner. Extended warranty applicability stated herein is automatically enabled once the Approved Emission Modification is completed and the warranty claim is processed.
- A proposed class action settlement has been filed that provides compensation to customers who receive the Emission Modification and meet certain other requirements. To receive such compensation, class members will need to submit (among other things) copies of their Repair Order showing proof that the Emission Modification was installed and (if any) proof of transportation expenses incurred to receive the Emission Modification—up to $35—in the event that a loaner, shuttle, or alternative transportation cannot be arranged by your dealership. Please remind customers to save this documentation.
- Customers should **<u>not</u>** be given information about the Emission Modification or the class settlement that deviates from, or is in addition to, what is in authorized communications reflected in this NCU or the official websites: [class settlement website] and https://BlueTecUpdate.mbusa.com **Failure to adhere to this instruction could threaten final implementation of the settlement and may result in possible penalties.**

Other than the benefits class members can claim through the class action settlement process, customers cannot be offered any compensation in exchange for receiving the Emission Modification. **Failure to adhere to this instruction may result in possible penalties.** (At their discretion and on a case-by-case basis, Dealers can continue to offer customers goodwill for other reasons consistent with normal business practices and policies, but additional compensation in exchange for receiving the Emissions Modification is prohibited.)



**Information for Customers:**

- For information related to this specific Emission Modification, Customers can refer to: https://BlueTecUpdate.mbusa.com
- [if the preliminary approval motion has been filed, then add:] For information related to the proposed class action settlement, Customers can refer to: [settlement URL]
- Mercedes-Benz Customer Assistance Center: **1-833-841-9362**

Please note that all customer inquiries should be directed to the Customer Assistance Center at 1-833-841-9362.

Sincerely,

Gregory Gunther

Department Manager, Vehicle Compliance & Analysis



## Emission Modification Notification

| Campaign No.: | EMC# | Campaign Desc. : | |
|---|---|---|---|
| 2020050005 | 9 | 19P4992002 | BlueTEC Update – GLK (X204) |

This is to notify you of an Emission Modification Notification to update the emissions control system on approximately 7734 Model Year ("MY") 2014–2015 GLK250 BlueTEC 4MATIC (X204) diesel vehicles. Emission Modification information will be visible on the https://BlueTecUpdate.mbusa.com website and may generate questions from Owners and Lessees. **Affected VINs will be flagged in VMI as "OPEN" on [[Month XX, 2020]].**

## Background

| Issue | Mercedes-Benz USA, LLC ("MBUSA") is modifying the emissions control system on certain diesel vehicles. The Emission Modification for MY14–15 GLK250 BlueTEC 4MATIC (X204) vehicles has been approved by EPA and CARB, and is now ready for installation. An authorized Mercedes-Benz Dealer will install the Emission Modification at no cost to the Owner/Lessee. |
|---|---|
| What We're Doing | An authorized Mercedes-Benz Dealer will replace certain emissions control system components and update certain software in eligible vehicles. |
| Parts | Parts are available to order. |

## Vehicles Affected

| Vehicle Model Year(s) | MY 2014–2015 |
|---|---|
| Vehicle Model | GLK250 BlueTEC 4MATIC (X204) |

## Vehicle Populations

| Total Campaign Population | 7734 |
|---|---|
| Total Customer Vehicles in Campaign | 7734 |

## Next Steps/Notes

| Customer Notification Timeline | Customer letters will be mailed on [[Month XX, 2020]]. |
|---|---|
| AOMS/SOMS | This Emission Modification Notification may initiate questions from customers and the media. Please ensure your Dealers have read and understand this notice. |
| Notes | • **IMPORTANT**: This notification hereby instructs Dealers not to sell or cause to be sold, or lease or cause to be leased, or introduce into commerce, or export from the United States to another country, any vehicle covered by this notification, unless it has received the Approved Emission Modification described in this notification. Failure to adhere to these instructions may result in possible penalties or fines.<br>• Follow ALL steps of the work instructions.<br>• More information about a class action settlement providing incentives to customers who receive the Emission Modification can be found at [settlement URL].<br>• Emission Modification information:<br>  • Mercedes-Benz specific emission modification related information: https://BlueTecUpdate.mbusa.com<br>  • Mercedes-Benz Customer Assistance Center: 1-833-841-9362 |

While we regret any inconvenience this may cause, MBUSA is determined to maintain a high level of vehicle quality and customer satisfaction. Please refer all customer inquiries to the Customer Assistance Center at 1-833-841-9362.



## <u>DEALER FAQs</u>

**What is the reason for this Emission Modification?**
On [[date]], Daimler AG ("DAG") and Mercedes-Benz USA, LLC ("MBUSA") reached a settlement with the United States Department of Justice ("DOJ"), the Environmental Protection Agency ("EPA"), the California Air Resources Board ("CARB"), and the California Attorney General's Office ("CA AG") regarding the emissions control system in MY09 to MY16 OM642 and OM651 BlueTEC II diesel vehicles sold or leased in the US.  As part of this settlement, MBUSA is offering Owners and Lessees a modification to the vehicles' emissions control systems, referred to as an Emission Modification.

Eligible vehicles and vehicle model years have been separated into Emission Modification Categories ("EMCs") to facilitate the campaign.  Each EMC will be launched in phases, after agency approval.  Please refer to our public website https://BlueTecUpdate.mbusa.com for more information on your particular vehicle.

The Emission Modification for the MY14 to MY15 GLK 250 has been approved by EPA and CARB, and is now ready for installation in customer vehicles.  MBUSA will be working with EPA and CARB to secure approval for Emission Modifications for the remaining eligible vehicles, and will notify authorized Mercedes-Benz Dealers upon approval of each Emission Modification.

**What is an "EMC"?**
To facilitate the Emission Modifications on the subject vehicle population, the vehicle models and model years have been separated into Emission Modification Categories, "EMCs," as shown on the second page of this NCU.

**What are the eligible vehicles that will receive an Emission Modification under this settlement?**
This settlement pertains specifically to vehicles equipped with four and six cylinder (OM651 & OM642) diesel engines sold between MY09 and MY16.  For more information, please visit https://BlueTecUpdate.mbusa.com.

**How will the Emission Modification be communicated to Owners and Lessees in the US?**
Owners and lessees will first receive a letter in the mail letting them know that the Emission Modification for their vehicle is available and to bring in their vehicle to their preferred authorized Mercedes-Benz Dealer.  Additional outreach efforts will be implemented as well.

**How do Owners and Lessees find out whether their vehicle is affected by the Emission Modification Campaign?**
Owners and Lessees with affected vehicles will be mailed a notification letter when the Emission Modification is available.  Owners and Lessees can always check if their vehicle is affected by entering their VIN into the following site: https://BlueTecUpdate.mbusa.com.

All vehicles covered by the Emission Modification program also are covered by the proposed class action settlement described above.

**Owners and Lessees might complain about a Check Engine light; will the Dealer repair the vehicle as part of the emissions update?**
A Check Engine light can illuminate for a number of reasons.  Authorized Mercedes-Benz Dealers can offer assistance diagnosing and repairing the issue.

Mercedes-Benz USA, LLC      A Mercedes-Benz AG Company

One Mercedes-Benz Drive      Sandy Springs, GA  30328      770.705.0600



**Can an Owner or Lessee get a loaner vehicle or alternate transportation while the Emission Modification is being performed?**
Where loaner vehicles are available, Dealers are requested to offer loaner vehicles to each Eligible Owner and Eligible Lessee at no cost where the implementation of the Approved Emission Modification will take 3 hours or longer to complete.

In an instance where the Approved Emission Modification takes 3 hours or longer to complete, and where the Dealer does not make available a loaner car or offer a shuttle service or alternative transportation, Class Members will be eligible to submit a claim for transportation costs of up to $35 along with their claims for other settlement compensation. For more information on the transportation allowance, customers should visit the class action settlement website at www.XXXXXXXX.com, and should be reminded to save their receipts.

**What is Mercedes-Benz going to do for Owners and Lessees given this inconvenience?**
Dealers will attempt to minimize any inconvenience during the Emission Modification process. Should Owners or Lessees experience an excessive delay with the Emission Modification of their vehicle, they can contact our Customer Assistance Center at 1-833-841-9362.

As part of the proposed consumer class action resolution, current owners and lessees of eligible vehicles who go to authorized Mercedes-Benz repair facilities, have an Approved Emission Modification installed, and meet certain other requirements will be eligible to claim a payment of up to ["x" dollars]. For more information on eligibility and the process for filing a claim, customers should call the number above or visit the class action settlement website at www.XXXXXXXX.com.

Other than the benefits that class members can claim through the class action settlement process, customers cannot be offered any compensation in exchange for receiving the Emission Modification. **Failure to adhere to this instruction may result in possible penalties.** (At their discretion and on a case-by-case basis, Dealers can continue to offer customers goodwill for other reasons consistent with normal business practices and policies, but additional compensation in exchange for receiving the Emissions Modification is prohibited.)

**Where can an Owner or Lessee have the Emission Modification work completed?**
Owners and Lessees will be asked to contact their local preferred authorized Mercedes-Benz Dealer to arrange for an appointment to complete the FREE Emission Modification.

**Can Owners and Lessees have the Emission Modification performed if they did not receive a Customer Letter but own a Mercedes-Benz BlueTEC Diesel vehicle?**
Owners and Lessees should first check the eligibility and status of their vehicle by visiting https://BlueTecUpdate.mbusa.com. To be automatically alerted when the Emission Modification is available for their vehicle, Customers are being asked to complete the "Keep me Updated" section of the website after entering their VIN to check the status.



**Do Owners and Lessees have to wait for the Emission Modification Campaign letter before their vehicle can be fixed?**

Owners and Lessees do not need to present a copy of the letter to receive the FREE Emission Modification, but they should wait to bring their vehicle in for the Emission Modification until they receive notice that the Emission Modification has been launched for their specific vehicle model. The Emission Modifications will be launched in phases, pending agency approval, so the Emission Modifications for all of the subject vehicle models (all MY09 to MY16 BlueTEC II vehicles with OM642 and OM651 engines sold or leased in the US) will not be launched at the same time. Once the Emission Modification has been approved for a particular vehicle type, Owners and Lessees will be sent a letter asking them to schedule an appointment with their authorized Mercedes-Benz Dealer to perform the FREE Emission Modification.

**Do Owners or Lessees need the Owner/Lessee Letter to have the Emission Modification performed?**

No, Owners and Lessees with eligible vehicles do not need the Letter to have this FREE Emission Modification completed. Local authorized Mercedes-Benz repair facilities can check the eligibility and status of vehicles without the Letter.

**What about Owners or Lessees who request that the Emission Modification be performed without first receiving a Letter?**

No Emission Modification can be performed until EPA and CARB approve the Emission Modification for the specific model.

**When will parts be available?**

Parts are currently available for the Emission Modification Campaigns which have been approved by EPA and CARB. We will provide updates as parts become available for other vehicle models.

Regarding all other future vehicle categories, MBUSA is working with EPA and CARB to obtain approvals for the Emission Modification. MBUSA will notify Dealers upon approval of each Emission Modification that the Emission Modification has become available.

For up-to-date parts availability information, please refer to the website https://BlueTecUpdate.mbusa.com.

**Are there any known vehicle symptoms associated with the Emission Modification that Owners or Lessees will notice that should lead them to stop driving the car or take to a Dealer?**

No. There are no symptoms related to the Emission Modification.

**What is the expected impact on an Owner's or Lessee's vehicle after the Emission Modification has been performed?**

Details on the impact to vehicles are provided in the letter for each Emission Modification Category. A copy of the Owner/Lessee letter for the EMC subject to this FAQ is attached.

**What types of repairs or replacements are needed?**

Authorized Mercedes-Benz Dealers will replace specific emissions-related components. This varies by model and model year. For more information, please visit https://BlueTecUpdate.mbusa.com.

**How long does this replacement take?**

Replacement time is dependent upon the model and model year. This time may range from 30 minutes to a maximum of 6 hours. Details are provided in the Owner/Lessee Letter.



**What if vehicles have been modified using after-market parts and/or software? Can the Emission Modification still be performed?**

If the vehicle has been modified prior to receiving the Emission Modification in a manner that may yield a non-compliant emissions system (for example, removal of a catalyst, installation of parts that impact emissions or emissions-related parts, or modifications to the ECU or computer software of the vehicle), Dealers might not be able to perform the Emission Modification until the prior modifications are corrected, which will be at the Owner's/Lessee's cost. Once corrected, the vehicle may receive the Emission Modification.

**What if Owners or Lessees decline to have the Emission Modification performed?**

If Owners decline the Emission Modification at this time, they should be advised that certain emissions-related replacement and repair parts may no longer be available from Mercedes-Benz at some point.

If a current Owner or Lessee of an eligible vehicle does not have the Emission Modification installed, they cannot claim the ["x" dollars] payment under the proposed class action settlement.

**Will eligible vehicles have any warranty on the Emission Modification?**

Yes. Once the Emission Modification is performed, certain components will have an extended warranty for the greater of 4 years/48,000 miles from the date of installation of the Emission Modification or 10 years/120,000 miles from the initial sale date of the vehicle. This extended warranty remains with the vehicle and is fully transferable to subsequent owners until expiration. Where loaner vehicles are available, Dealers are requested to offer loaner vehicles to each Eligible Owner and Eligible Lessee at no cost where extended warranty repairs exceed three hours to complete.

**Can Owners or Lessees be denied coverage under the Extended Warranty for the Emission Modification?**

The Extended Warranty for the Emission Modification may be denied if an eligible vehicle has been altered with the use of any after-market emissions-related components, parts, and/or software, or with the removal of any original emissions-related components, parts, and/or software, and such alteration(s) are likely to substantially affect the operation of the vehicle with the Emission Modifications, until the owner of such vehicle, at his or her expense, has reversed the alteration(s) such that the Emission Modification will not be substantially affected.





Mercedes-Benz

Campaign No. 2020050005 October 2020

TO:          ALL MERCEDES-BENZ CENTERS

SUBJECT:     **Model GLK-Class diesel vehicles (X204 platform)**
                 **Model Year 2014 - 2015**
                 **Modification to the emission control system**

Mercedes-Benz USA, LLC ("MBUSA") is performing an emission campaign on certain GLK diesel vehicles in order to modify to the vehicles' emission control system. EPA and CARB have approved this emission modification for the MY14 - 15 GLK-Class (X204) diesel vehicles. An authorized Mercedes-Benz dealer will replace certain emission control system components and update certain software in the affected vehicles at no cost to the owner of the vehicle.

Prior to performing this Emission Campaign:
- Please check VMI to determine if the vehicle is involved in the emission modification campaign and if it has been previously repaired. Always Check VMI for any open campaigns, and perform accordingly.
- Please review the entire Emission Campaign bulletin and follow the repair procedure exactly as described.

Approximately 7,786 vehicles are involved.

Order No. P-EC-2020050005
This bulletin has been created and maintained in accordance with MBUSA-SLP S423QH001, Document and Data Control, and MBUSA-SLP S424HH001, Control of Quality Records.

## Scope of Work: [Insert AKUBIS Video Course Code/QR-code]

**Work procedure**
1. Initial Short Test and Initial Inspection
2. Disconnect Battery Ground
3. Replace Diesel Oxidation Catalyst (DOC)
4. Install end-cap to O2 sensor electrical harness
5. Install Plug for O2 sensor port on the DOC
6. Remove lower engine compartment trim
7. Replace NOx sensor and Particulate sensor control units downstream of the Selective Catalytic Reduction (SCR) catalyst
8. Loosen the wheel arch fairing and Replace NOx sensor control unit after the Diesel Particulate Filter (DPF)
9. Replace DPF
10. Replace SCR
11. Connect ground
12. Connect XENTRY diagnosis
13. Perform Xentry Procedure: Service Measure "Exhaust Aftertreatment System" (includes update of CDI, VGS, and SCR software)
14. Perform Final Short Test
15. Attach the adhesive label

## Parts Overview



Downstream NOx-sensor SCR Upstream NOx-sensor DPF

PM-sensor DOC O2-sensor

## Procedure

1. **Initial Short Test and Initial inspection**

**ⓘefore starting the work procedure, an initial short test must be completed per below. Existing issues that would inhibit the installation of all software and hardware components outlined in this work procedure must be initially addressed.**

**1.2** Connect XENTRY diagnosis.
    ⓘ **Note:**
- Use DAS/Xentry 06/20-with all associated patches or higher.
- Follow the steps exactly as described in DAS/Xentry.
- Connect battery charger (battery voltage [image] >12.5V).
- Ensure all electrical consumers are switched-off.
- In the event of software/SCN update issues, contact Star Diagnosis User Help Desk. Please refer to the "pre-call" check list before contacting UHD
- Refer to Star Diagnosis System (SDS) Best Practices Guide.

**1.3 Perform Short Test**
    ⓘ **Follow the Xentry procedure "Emission Modification Pre-Inspection":** "Control units view ➡ N3/9 – Motor electronics 'CR42' for combustion engine 'OM651 (CDI) ➡ Special procedures ➡ Emission Modification Pre-Inspection

 **Record findings on workorder and save to paperless**

**1.4 Initial Visual Inspection (Figure 1)**

**1.5 Disconect XENTRY diagnosis and remove battery charger**



**Figure 1**

**2.** Disconnect battery ground **(AR54.10-P-0003CW).**

**3.** **Replace DOC (AR49.10-P-5500OMD)**.
[i] Engine control unit **does not** have to be removed from the air filter housing.

The air filter housing with engine control unit can be placed on top the engine with all lines connected **(Figure 2)**.

[i] **Installation:** When reinstalling exhaust components, leave the mounting hardware loose until all exhaust components are in place. This will allow for flexibility when fitting the components together.



**Figure 2**

**4.** Install the electrical end-cap **(A 000 545 40 39) (Figure 3)** to the engine harness for the oxygen sensor.
[i] The electrical connection of the oxygen sensor **is no longer required**!

**5.** Install the plug **(N 007 604 018 109)** and seal **(A 021 997 62 45)** on the new DOC (Nm **50, Figure 4)**.
[i] Oxygen sensor is **no** longer required!
[i] Plug does **not** have to be lubricated with paste





**Figure 3**                    **Figure 4**

**9.** Replace **DPF (AR14.40-P-1000OMD)**.
   If necessary, use old screw from the DPF clamp (which is longer) as an aid when reinstalling the new DPF clamp.
   ⓘ Cut the pigtail wire at oxygen sensor for ease of removal and to ensure it is not reused.

**10.** Replace **SCR (AR49.10-P-7100CWI)**.
   ⓘ Disconnect the exhaust system at the rear separation point before the muffler.
   The muffler must **not** be removed.
   ⓘ When reinstalling exhaust components leave the mounting hardware loose until all the exhaust components
   are in place. This will allow for flexibility when fitting the components together.

**11.** Reconnect battery ground **(AR54.10-P-0003CW).**

**12.** Connect XENTRY diagnosis. Update characteristics of the control unit
   ⓘ **Note:**

- Use DAS/Xentry 6/20 with all associated patches or higher.
- Follow the steps exactly as described in DAS/Xentry.
- Connect battery charger (battery voltage 🔋 >12.5V).
- Ensure all electrical consumers are switched-off.
- In the event of software/SCN update issues, contact Star Diagnosis User Help Desk. Please refer to the "pre-call"
  check list before contacting UHD
- Refer to Star Diagnosis System (SDS) Best Practices Guide.

**13.** Perform Xentry procedure "Service Measure Exhaust Aftertreatment System"
   ⓘ ⓘ To do so, select menu item "Control units view ➡ N3/9 – Motor electronics 'CR42' for combustion engine
   'OM651 (CDI) ➡ Special procedures ➡ Perform Service Measure "Exhaust aftertreatment system"



**Figure 7**



**Figure 8**

ℹ️ Subsequently, follow the user guide in XENTRY diagnosis.

ℹ️ Additional control units will be updated *automatically* in the background.

ℹ️ Fill out emission label according to Xentry instructions



**Figure 9**

ⓘ Check screen will be shown at end of procedure.



**Figure 10**

**14.** Perform a final quick test and transmit to paperless SDS.

ⓘ Faults stored in the memory, caused by disconnected lines during the inspections, must be deleted from the fault memory after completing the work.

ⓘ The procedure via the diagnostic system is shown on the following pages.

ⓘ If faults are present and stored they need to be addressed. Create a PTSS case

**15.** Clean the bonding surface of the hood and attach the adhesive label (Figure 12).

[i] The fields on the adhesive label must be filled out correctly. Please use black permanent marker. Refer to (Figure 9
within the Xentry procedure

[i] The adhesive label can be applied to the hood **while** updating the software for the engine control unit.

[i] **Failure to comply may result in dealer debit and/or possible fines.**

 

**Figure 12**

**Primary Parts Information**

| Qty. | Part Name | Part Number |
|------|-----------|-------------|
| 1 | Part set (DPF) | A 204 490 04 00 85 |
| 1 | Part kit (DOC) | A 204 490 05 00 85 |
| 1 | SCR catalytic converter | A 204 490 01 00 80 |
| 1 | Part kit (2 x NOX sensors, 1 PM sensor) | A 204 905 46 05 85 |
| 1 | AEM Label (code 804/805) | A 000 584 96 13 |
| 1 | Screw plug | N 007 604 018 109 |
| 1 | Sectional sealing ring | A 021 997 62 45 |
| 1 | Connector housing | A 000 545 40 39 |

[i] Small parts such as screws, stop nuts, sealing rings, cable ties, liquids, sealants, etc. that are not listed in the
parts list. The small parts required (per WIS instruction) are included in the cost and can be claimed.

**Warranty Information**

**Operation:** Replace electrohydraulic control unit and components of the exhaust system
**Includes:** Carry out commissioning the Control units (CDI VGS, SCR) with XENTRY and affix AEM Label.

| Damage Code | Operation Number | Labor Time (hrs.) |
|---|---|---|
| 4992002 | 02-1378 | 5.1 |

ℹ️ **Note** Operation labor times are subject to change