# APPENDIX C

## ECU Signals for In-Use Vehicle Testing with Production ECU

For purposes of Paragraph 19.b.3 of this Consent Decree only, Defendants shall collect ECU data from testing required pursuant to that Paragraph as outlined in this Appendix. Specifically, for each test required under Paragraph 19.b.3, Defendants shall collect all Priority 1 signals listed below, or their functional equivalents as listed in the AECD for the applicable Emission Modification Category, where a signal is present in the software. Defendants shall also undertake reasonable best efforts to collect the Priority 2 and Priority 3 signals listed below, or their functional equivalents as listed in the AECD for the applicable Emission Modification Category, where such signal is present in the software. In the event that Defendants identify issues during such testing with the collection and/or reliability of the signals due to the data capacity and bus speed limitation of the controller area network, Priority 2 and 3 signals will be removed from the collection list, with Priority 3 signals eliminated first.

Measurement with Production ECU via CAN (recommended) or OBD2 port.

### Sample Signal Data Based on EMC 9

| Description | Minimum Data Rate | Priority |
|---|---|---|
| **Priority 1 Signals** | | |
| Intake Air Flow (MAF) | 10ms | 1 |
| Post CAC Pressure | 100ms | 1 |
| Intake Temperature | 100ms | 1 |
| Post CAC Temperature | 100ms | 1 |
| Normalized Intake Temperature | 100ms | 1 |
| Air Mass Setpoint | 10ms | 1 |
| Adjustment to EGR by Post CAC temperature in Normal Mode | 100ms | 1 |
| Adjustment to EGR by CO2 Reduction Strategy | 10ms | 1 |
| Commanded EGR | 10ms | 1 |
| EGR Setpoint limitation by Lambda Min / Surge Protection | 10ms | 1 |
| Surge prevention is active/transient | 100ms | 1 |
| Estimated Exhaust Mass Flow after turbine | 100ms | 1 |
| Coolant Temperature | 100ms | 1 |

| Description | Minimum Data Rate | Priority |
|---|---|---|
| Engine Operating States / Mode | 100ms | 1 |
| DPF pressure difference | 10ms | 1 |
| Exhaust gas flow volume | 100ms | 1 |
| SCR Dosing Release Conditions | 100ms | 1 |
| SCR Dosing State | 100ms | 1 |
| EGR Cooler Bypass Status | 100ms | 1 |
| Actuator EGR-Valve | 10ms | 1 |
| Engine State | 10ms | 1 |
| Coolant Temperature | 100ms | 1 |
| Ambient Pressure | 100ms | 1 |
| Ambient Temperature | 100ms | 1 |
| Engine Speed | 10ms | 1 |
| SCR Downstream NOx Sensor Concentration | 10ms | 1 |
| SCR Upstream NOx Sensor Concentration | 10ms | 1 |
| DOC inlet temperature | 100ms | 1 |
| DPF inlet temperature | 100ms | 1 |
| SCR Temperature average | 100ms | 1 |
| Main Injection Timing | Segment Synchronous | 1 |
| Start of Injection Adjustment by CO2 Reduction Strategy | Segment Synchronous | 1 |
| Far Post Injection Proportion | Segment Synchronous | 1 |
| Close Post Injection Proportion | Segment Synchronous | 1 |
| Diesel Injection Quantity | Segment Synchronous | 1 |
| Boost pressure target | 10ms | 1 |
| DPF Surface Temperature | 100ms | 1 |
| Conditions for PFlt-Regeneration | 100ms | 1 |
| DPF Soot Load | 100ms | 1 |

| Description | Minimum Data Rate | Priority |
|---|---|---|
| Rail pressure set point | 10ms | 1 |
| SCR Adaption factor | 100ms | 1 |
| Optimal Adaption factor | 100ms | 1 |
| SCR Adaptation State | 10ms | 1 |
| Global release mask for Adaption | 100ms | 1 |
| State of Fast Adaption | 100ms | 1 |
| Status NOx-Sensor SCR upstream | 100ms | 1 |
| NOx-Sensor SCR downstream massflow | 100ms | 1 |
| SCR Upstream Temperature | 100ms | 1 |
| State reset of optimal Adaption factor | 100ms | 1 |
| Statemask reset of Fast Adaption | 10ms | 1 |
| NOEA State | 100ms | 1 |
| EGR delayed activation in overrun for NOx sensor monitor | 100ms | 1 |
| NOx-Sensor SCR upstream Concentration for Dosing Control | 100ms | 1 |
| SCRFFC Dosing Mode Bits | 100ms | 1 |
| SCRFFC Dosing Mode | 100ms | 1 |
| SCR total dosing amount request | 100ms | 1 |
| SCR Target NH3 Fill Level | 100ms | 1 |
| SCR total dosing amount | 100ms | 1 |
| SCR Estimated Conversion Efficiency | 100ms | 1 |
| DOC aging factor for HC oxidation | 100ms | 1 |
| SCR Estimated NH3 Fill Level | 100ms | 1 |
| SCR Estimated NO2:NOx Ratio | 100ms | 1 |
| NOx-Sensor SCR upstream massflow | 100ms | 1 |
| Normalized ATS Performance | 100ms | 1 |
| Surge prevention is active/highly transient | 100ms | 1 |
| Actuator Throttle-Valve | 10ms | 1 |
| Transmission Gear | 100ms | 1 |

| Description | Minimum Data Rate | Priority |
|---|---|---|
| Actuator Turbocharger LP | 10ms | 1 |
| Actuator Turbocharger HP | 10ms | 1 |
| Vehicle Speed | 100ms | 1 |
| Base Swirl valve set point Normal mode | 100ms | 1 |
| **Priority 2 Signals** | | |
| Adjustment to EGR by Cold/Hot Engine Operation normal mode | 100ms | 2 |
| Fault memory information | 100ms | 2 |
| Fault memory information | 100ms | 2 |
| DPF inlet pressure | 100ms | 2 |
| EGR Cooler bypass reason | 100ms | 2 |
| Base Start of injection timing Normal mode | Segment Synchronous | 2 |
| Base Start of injection timing CldStrt mode | Segment Synchronous | 2 |
| Pilot 1 Injection Proportion | Segment Synchronous | 2 |
| Pilot 2 Injection Proportion | Segment Synchronous | 2 |
| Status flag DPF regeneration | 100ms | 2 |
| Continuous simulated Soot mass | 100ms | 2 |
| Distance since last regeneration | 100ms | 2 |
| Swirl valve position | 100ms | 2 |
| NOx mass for calculation of optimal Adaption factor | 100ms | 2 |
| Status NOx-Sensor SCR downstream | 100ms | 2 |
| Output values Fast Adaption | 100ms | 2 |
| State Refill signal freeze active | 100ms | 2 |
| SCR Alternate PreCtl Target Efficiency | 100ms | 2 |
| SCR catalyst aging factor | 100ms | 2 |
| DPF condition Value for PM/CO2/NOx Tradeoff Strategy | 100ms | 2 |
| SCR efficiency measured average OBD in Dosing | 100ms | 2 |

| Description | Minimum Data Rate | Priority |
|---|---|---|
| SCR efficiency threshold OBD in Dosing | 100ms | 2 |
| **Priority 3 Signals** | | |
| Air path adaption state Idle | 100ms | 3 |
| Air path adaption state Load 2 | 100ms | 3 |
| Air path adaption state Load 1 | 100ms | 3 |
| Air Mass Setpoint correction by Post CAC temperature in CldStrt Mode | 10ms | 3 |
| Air Mass Setpoint correction by coolant temperature in CldStrt Mode | 10ms | 3 |
| Adjustment to EGR by Post CAC temperature in CldStrt Mode | 10ms | 3 |
| Base EGR set point CldStrt mode | 10ms | 3 |
| Base IGR set point normal mode | 10ms | 3 |
| Final IGR/EGR set point before IGR to EGR calculation and limitation | 10ms | 3 |
| Adjustment to EGR by Cold Engine Operation CldStrt mode | 10ms | 3 |
| Fault memory information | 100ms | 3 |
| Ageing DOC factor | 100ms | 3 |
| Ageing DPF factor | 100ms | 3 |
| Expected difference pressure | 100ms | 3 |
| Vehicle odometer | 100ms | 3 |
| Start of Injection Adjustment by Engine temperature in CldStrt mode | Segment Synchronous | 3 |
| Start of Injection Adjustment by Engine temperature in CldStrt mode | Segment Synchronous | 3 |
| Start of Injection Adjustment for stabilization by engine temperature and time after start | Segment Synchronous | 3 |
| Base Pilot 1 injection quantity Normal mode | Segment Synchronous | 3 |
| Base Pilot 1 injection quantity CldStrt mode | Segment Synchronous | 3 |
| Base Pilot 2 injection quantity Normal mode | Segment Synchronous | 3 |
| Base Pilot 2 injection quantity CldStrt mode | Segment Synchronous | 3 |
| DPF Simulation active | 100ms | 3 |

C-5

| Description | Minimum Data Rate | Priority |
|---|---|---|
| Base rail pressure set point Normal mode | 10ms | 3 |
| Base rail pressure set point CldStrt mode | 10ms | 3 |
| Rail Pressure | 10ms | 3 |
| Adaption factor in PreCtl Mode | 100ms | 3 |
| Release of Adaption | 100ms | 3 |
| Requestmask of Fast Adaption | 100ms | 3 |
| Calculated SCR efficiency based on NOx sensors | 100ms | 3 |
| SCR Feed Forward Dosing Estimate | 100ms | 3 |
| Stoichiometric Factor NH3 to NOx | 100ms | 3 |
| SCRFFC Bit 13 Integrator Value | 100ms | 3 |
| SCRFFC Bit 12 Temperature Thresholds | 100ms | 3 |
| SCRFFC Bit 12 Temperature Thresholds | 100ms | 3 |
| SCR Dosing Adjustment Applied by Load Governor | 100ms | 3 |
| Maximum possible NH3 Dosing amount limited by hydrolysis | 100ms | 3 |
| DPF aging factor for NO2 generation | 100ms | 3 |
| Maximum possible NH3 Load | 100ms | 3 |
| Estimated NOx Downstream Emission | 100ms | 3 |
| Factor for PM/CO2/NOx Tradeoff Strategy based on DOC inlet Temp and DOC aging | 100ms | 3 |
| Factor for PM/CO2/NOx Tradeoff Strategy based on SCR Cat Temp and DPF condition value | 100ms | 3 |
| SCR Fill Level Adjustment (Heat Flux Integrator) | 100ms | 3 |
| SCR Downstream Temperature | 100ms | 3 |
| Enhanced DOC temperature | 100ms | 3 |
| Final corrected Swirl valve set point Normal mode | 100ms | 3 |
| Final corrected Swirl valve set point CldStrt mode | 100ms | 3 |
| SCR efficiency measured average OBD in PreCtl | 100ms | 3 |
| SCR efficiency threshold OBD in PreCtl | 100ms | 3 |