# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>DAIMLER AG and<br>MERCEDES-BENZ USA, LLC,<br><br>        Defendants. | Civil Action No. 1:20-cv-2564 |

## APPEARANCE OF COUNSEL

To: the Clerk of Court and all parties of record

I am admitted to practice in this Court, and I will appear in this case as counsel for

Daimler AG and Mercedes-Benz USA, LLC.

Date: September 14, 2020

Respectfully submitted,

*/s/ Raymond B. Ludwiszewski*

Raymond B. Ludwiszewski
(D.C. Bar No. 420540)
rludwiszewski@gibsondunn.com
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Counsel for Defendants*