UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, *et al.*;<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>DAIMLER AG, *et al.*,<br><br>　　　　　　Defendants. | Civ. Action No. 20-2564 (EGS) |

### Order

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the United States' Unopposed Motion to Enter Consent Decree, ECF No. 7, is **GRANTED**; it is further

**ORDERED** that the Consent Decree, attached hereto, is **ENTERED**; it is further

**ORDERED** that California's Motion to Enter California Partial Consent Decree, ECF No. 9, is **GRANTED**; and it is further

**ORDERED** that the California Partial Consent Decree, attached hereto, is **ENTERED**.

　　　**SO ORDERED.**

**Signed:　Emmet G. Sullivan
　　　　　United States District Judge
　　　　　March 9, 2021**